# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Constance N. Craig-Mason | Chapter 13 |
| Anthony O Mason | |
| Debtors | 1:18-bk-04676 |
| | |
| Constance N. Craig-Mason | Motion to Extend Time |
| Anthony O Mason | |
| Movants | |

## MOTION FOR EXTENSION OF TIME

AND NOW, the Debtors, by and through their attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC, file this Motion for Extension of Time and in support thereof state the following:

1. Debtors filed an emergency Chapter 13 Bankruptcy petition on November 3, 2018 to stop the shut off of utilities.
2. Their remaining paperwork is due November 19, 2018.
3. Debtors' paperwork is 95% complete and Counsel just needs to review it with Debtors.
4. Debtors have provided Counsel with all documentation needed.
5. This is the Debtors' first request for an extension.

WHEREFORE, Debtors respectfully requests this Honorable Court grant them an extension until November 26, 2018 to file all required documents.

Date: 11/19/18

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtors
Supreme Court ID 77965

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Constance N. Craig-Mason | Chapter 13 |
| Anthony O Mason | |
|     Debtors | 1:18-bk-04676 |
| | |
| Constance N. Craig-Mason | Motion to Extend Time |
| Anthony O Mason | |
|     Movants | |

## ORDER

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby GRANTED and the Debtors are given an extension until November 26, 2018 to file all required documents.