In re:  Case No. 18-04676-HWV
Constance N. Craig-Mason  Chapter 13
Anthony O Mason
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: KADavis    Page 1 of 5    Date Rcvd: Dec 21, 2018
                     Form ID: ntcnfhrg    Total Noticed: 167

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.

```
db/jdb         +Constance N. Craig-Mason,    Anthony O Mason,    2484 Schultz Way,    York, PA 17402-4904
5127334        +ABC Financial,    PO Box 6800,    North Little Rock, AR 72124-6800
5127336         ACN,    1000 Progress Place,    Concord, NC 28025-2449
5127333        +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5127335        +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
5127338       #+Albert Boll & Sons,    1036 Greenbriar Rd.,    York, PA 17404-1204
5127337        +Albert Boll & Sons,    53 Main Street A,    York, PA 17406-8269
5127339        +Alec Isaacson ,DDS,    200 Towsonton Ct 112,    Towson, MD 21204-7007
5127340        +Allied Interstate LLC,    7525 W. Campus Road,    New Albany, OH 43054-1121
5127342        +Amplified Funding,    PO Box 542,    Lac Du Flambeau, WI 54538-0542
5127344        +Associated Credit Services,    Attn: Data Processing Dept,
                 115 Flanders Road, Suite 140; Po Box 517,    Westborough, MA 01581-0517
5127347        +Baltimore County Maryland,    PO Box 2095,    Baltimore, MD 21203-2095
5127349        +Bay County Financial,    6619 Ritchie Hwy. #13,    Glen Burnie, MD 21061-6401
5127352        +Buddy's Home Furnishings,    1236 greensprings drive,    York, PA 17402-8825
5127351        +Buddy's Home Furnishings,    6608 Adamo Drive,    Tampa, FL 33619-3416
5127353        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5127354        +Bureau of Revenue Collection,    Abel Wolman Mncpl Bldg room 2,    200 Holiday Street,
                 Baltimore, MD 21202-3635
5137616       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    PO Box 117,    Columbus, OH 43216)
5142325        +Car One Financial, LLC,    4048 Carlisle Road,    Dover, PA 17315-3508
5127359        +City of Baltimore,    200 Holiday Street,    Baltimore, MD 21202-3618
5127360        +City of Baltimore Bureau of Revenue,    Box 17535,    Baltimore, MD 21297-1535
5127361        +Clrfld Motor,    4048 Carlisle Road,    Dover, PA 17315-3508
5127362        +Columbia Gas,    121 Champion Way,    Suite 100,    Canonsburg, PA 15317-5817
5127363        +Comcast Xfinity,    PO Box 3001,    Southeastern, PA 19398-3001
5127370         Comtroller of MD,    Revenue Administration Division,    110 Carroll Street,
                 Annapolis, MD 21411-0001
5127372        +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
5127373        +Corporate Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
5127374        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
5127375         Credit Acceptance Corporation,    P.O. Box 551888,    Detroit, MI 48255-1888
5127379         Crunch Fitness,    c/o ABC Financial,    8320 Arkansas 107,    Sherwood, AR 72120
5127383       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,    PO Box 6550,    Englewood, CO 80155)
5127380         Delaware Department of Transportati,    PO Box 697,    Dover, DE 19903-0697
5127332         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5127388        +ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
5127391       ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
                (address filed with court: Fidelity Info Corp,    Po Box 100,    Pacific Palisades, CA 90272)
5127390        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5127394        +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5127395         Fradkin and Weber,    Suite 301-Shell Building,    200 E. Joppa Road,    Towson, MD 21286-3167
5127396        +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
5127401        +GREATER BALTIMORE MEDICAL CENTER,    100 W. Road #500,    Towson, MD 21204-2356
5127398        +Geico,    PO Box 9500,    Fredericksburg, VA 22403-9500
5127400         Gordon's Jewelrs,    c/o Comenity Capital Bank,    875 Ghent Road,    Akron, OH 44333
5127403         IdealGelt,    790 E. Sam Houston Parkway N. 202,    Houston, TX 77024
5127404        +Indigo Pointe/Biscayne,    c/o Statewide Management,    217 Country Ridge Drive,
                 Red Lion, PA 17356-8866
5138860        +Intercoastal Financial LLC,    7954 Transit Rd No 144,    Williamsville, NY 14221-4117
5127330         Internal Revenue Service,    Andover, MA 01810-9041
5127405        +Ivy Greens Condo Association,    c/o Property Management Assoc.,    PO Box 29151,
                 Phoenix, AZ 85038-9151
5127411        +LG Ross Assocaites,    4 Universal Way,    Jackson, MI 49202-1455
5127412        +Liberty Mutual,    175 Berkeley Street,    Boston, MA 02116-3350
5127413        +Lifebridge Heath & Fitness,    1836 Green Tree Road #1,    Pikesville, MD 21208-1381
5127415        +M&T Bank Legal Department,    PO Box 844,    Buffalo, NY 14240-0844
5127417        +MDG,    3422 Old Capital Trail,    PMB 1993,    Wilmington, DE 19808-6124
5127418       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court: Met-Ed,    Po Box 16001,    Reading, PA 19612)
5143078        +MET-ED,    101 Crawfords Corner Rd,    Bldg#1 Ste 1-511,    HOLMDEL, NJ 07733-1976
5127423        +MRS BPO,    Attn: Bankruptcy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5127416        +McDonogh School,    P.O. Box 380,    Owings Mills, MD 21117-0380
5127421        +Mobiloans LLC,    PO Box 1409,    Marksville, LA 71351-1409
5127422         Montgomery Ward,    11127 7th Avenue,    Monroe, WI 53566
5127427        +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
5127428         NY City Department of Finace,    PO Box 3600,    New York, NY 10008-3600
5127424         National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
5127425        +Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
```

```
5127426        +Net PDL (pay day loan),    PO Box 704,    Watersmeet, MI 49969-0704
5127430        +Oasis1 Marketing Group,    1909 N. 1st Street #2,    Lincoln, NE 68508-4012
5127431        +Office of Budget and Finance,    400 Washington Street, #100,    Towson, MD 21204-4610
5127439        +PNC Bank,    300 Fifth Avenue,    the Tower at PNC Plaza,    Pittsburgh, PA 15222-2401
5127434        +Patient First,    ATTN: Patient Accounts,    5000 Cox Road,    Glen Allen, VA 23060-9271
5127435        +PayPal Credit,    P.O. Box 5018,    Lutherville Timonium, MD 21094-5018
5127436        +Penn Waste,    85 Brick Yard Road,    Manchester, PA 17345-9204
5142125        +Penn Waste Inc,    PO Box 3066,    York, PA 17402-0066
5127437        +Physicians Billing / Wellspan,    1803 Mount Rose Avenue, Suite B3,    York, PA 17403-3051
5127438         Pinnacle Health Hospital,    11 South Front Street,    Harrisburg, PA 17101
5127441        +Presta Account Services,    4150 International Plaza #400,    Fort Worth, TX 76109-4819
5127443        +QVC,    PO Box 1900,    West Chester, PA 19380-0146
5127450        +RUI Credit Services,    1305 Walt Whitman Road,    Melville, NY 11747-4849
5127446         Receivables Managements Sys,    7206 Hull Street Rd # 211,    Hunt Valley, MD 21031
5127448        +Recmgmt Srvc,    Attn: Bankruptcy,    4200 Cantera Drive, Suite 211,    Warrenville, IL 60555-3040
5127449         Resurgent,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
5127454        +Star Cash Processing,    3120 St. Paul Street #Terrace Suite,    Baltimore, MD 21218-3856
5127456         Star Property Management,    3120 St. Paull Stret,    Terrace Suite,    Baltimore, MD 21218
5127459        +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
5127460        +Suntrust Bank,    GA-Atlanta 0795,    PO Box 4418,    Atlanta, GA 30302-4418
5127463        +The Neat Company,    2 Penn Center,    1500 JFK Blvd #700,    Philadelphia, PA 19102-1732
5127464        +Thornhill Properties,    6301 N. Charles Street #2,    Baltimore, MD 21212-1040
5127468        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
5127469        +U-StorIt,    2786 S. Queen Street,    Dallastown, PA 17313-9541
5127470       ++USFASTCASH DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
               (address filed with court: US Fast Cash,    3531 P. Streeet NW,    Miami, OK 74354)
5127476        +Vivint Security,    4931 N. 300 W,    Provo, UT 84604-5816
5127479       ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
5127478        +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5131470        +Wells Fargo Bank, NA,    435 Ford Road, 3rd FL, Suite 300,    Saint Louis Park, MN 55426-4938
5127480        +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
5127481        +White Hills Cash,    PO Box 330,    Hays, MT 59527-0330
5127331        +York Adams Tax Claim Bureau,    PO BOX 15627,    York, PA 17405-0156
5127482        +York Township Sewer,    190 Oak Road,    Dallastown, PA 17313-9300
5127483        +York Water Company,    130 E. Market Street,    York, PA 17401-1219
5127484        +Zales/Genesis FS,    Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5127345        +E-mail/Text: g17768@att.com Dec 21 2018 20:17:04      AT&T,    c/o Business Bankruptcy,
                 PO Box 769,    Arlington, TX 76004-0769
5127341        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:25      American Tire,
                 c/o Synchrony Bank,    PO Box 965030,    Orlando, FL 32896-5030
5127343        +E-mail/Text: bnc-applied@quantum3group.com Dec 21 2018 20:17:56      Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
5127346        +E-mail/Text: ACF-EBN@acf-inc.com Dec 21 2018 20:17:02      Atlantic Crd,    Po Box 13386,
                 Roanoke, VA 24033-3386
5127350         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Big Lots,
                 c/o Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
5127355        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:57:38
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                 Denver, CO 80237-3485
5127356        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 20:13:28      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5127357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 20:13:28      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
5127358        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09      Ccs Collections,
                 725 Canton St,    Norwood, MA 02062-2679
5127364        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Comenity Bank/Overstock,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127365        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Comenity Bank/Pottery Barn,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127366        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Comenitybank/New York,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127367        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Comenitycapital/biglot,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127368        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:31      Comenitycb/gordon,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127369        +E-mail/Text: tuscolsup@fisglobal.com Dec 21 2018 20:18:03
                 Complete Payment Recovery Services,    11601 Roosevelt Blvd #N,
                 Saint Petersburg, FL 33716-2202
5127371        +E-mail/Text: bankruptcy@consumerportfolio.com Dec 21 2018 20:17:50      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5127376        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5127377        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5127378        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2018 20:25:26      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5127381        +E-mail/PDF: pa_dc_ed@navient.com Dec 21 2018 20:12:34      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5127382        +E-mail/Text: EBNProcessing@afni.com Dec 21 2018 20:17:49      DirecTV,    c/o AFNI, Inc,
                 1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
5127384        +E-mail/Text: mrdiscen@discover.com Dec 21 2018 20:17:03      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5127385        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 21 2018 20:18:01      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
5127386        +E-mail/Text: bknotice@ercbpo.com Dec 21 2018 20:17:47      Enchanced Recovery Company LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
5127387        +E-mail/Text: bknotice@ercbpo.com Dec 21 2018 20:17:47      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5127389         E-mail/Text: bankruptcy@erieinsurance.com Dec 21 2018 20:18:08      Erie Insurance,
                 100 Erie Insurance Place,    Erie, PA 16530-1104
5127392        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 20:18:03      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5127393        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 20:18:03      Fingerhut,
                 Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
5127397        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:25      GE Capital / Care Credit,
                 170 Election Road, Suite 125,    Draper, UT 84020-6425
5127399        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 20:18:16      Genesis Bankcard Services,
                 Po Box 4477,    Beaverton, OR 97076-4401
5127402        +E-mail/Text: bankruptcy@hsn.net Dec 21 2018 20:18:00      HSN,    PO Box 9090,
                 Clearwater, FL 33758-9090
5136341         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:53      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5127406         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:53      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
5127407        +E-mail/Text: support@ljross.com Dec 21 2018 20:17:20      L J Ross Associates In,
                 4 Universal Way,    Jackson, MI 49202-1455
5130890         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:25:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5127414        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:25:51
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5127409        +E-mail/Text: BK@lendup.com Dec 21 2018 20:18:06      Lend UP,    237 Kearny Street #197,
                 San Francisco, CA 94108-4502
5127410        +E-mail/Text: bklcard@lendup.com Dec 21 2018 20:18:06      Lendup Card Services I,
                 Attn: Bankruptcy, LendUp,    237 Kearny St #197,    San Francisco, CA 94108-4502
5127419        +E-mail/Text: bankruptcy@sccompanies.com Dec 21 2018 20:18:16      Midnight Velvet,
                 Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
5127420        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 20:18:16      Milestone,    PO Box 4477,
                 Beaverton, OR 97076-4401
5141909        +E-mail/Text: bankruptcy@sccompanies.com Dec 21 2018 20:18:16      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5127429        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:30      NY&Co,
                 c/o Comenity Capital Bank,    PO Box 659728,    San Antonio, TX 78265-9728
5127432        +E-mail/Text: bankruptcy@onlineis.com Dec 21 2018 20:18:00      Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
5127433         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:30      Overstock,
                 c/o Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
5127530        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 20:13:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5127442        +E-mail/Text: bankruptcynotices@psecu.com Dec 21 2018 20:18:05      PSECU,    attn: bankruptcy,
                 PO Box 67013,    Harrisburg, PA 17106-7013
5134856         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 20:17:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5127440         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:30      Pottery Barn,
                 c/o Comenity Capital Bank,    PO Box 182273,    Columbus, OH 43218-2273
5135942        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:52      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5134914         E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 20:17:34
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
5127444        +E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Receivable Management,
                 7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
5127445        +E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
5127447        +E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Recievables Mngt,
                 PO Box 8630,    Richmond, VA 23226-0630
5140113         E-mail/Text: appebnmailbox@sprint.com Dec 21 2018 20:17:41      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
5127451        +E-mail/Text: compliance@sentrycredit.com Dec 21 2018 20:18:09      Sentry Credit,
                 2809 Grand Ave,    Everett, WA 98201-3417
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5127452        +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2018 20:12:34      Slm Financial Corp,    Po Box 9500,
                 Wilkes-barre, PA 18773-9500
5127453         E-mail/Text: appebnmailbox@sprint.com Dec 21 2018 20:17:42      Sprint Wireless,
                 KSOPHT1010-Z4300,   6391 Sprint Parkway,   Overland Park, KS 66251-4300
5127457        +E-mail/Text: BKRMailOPS@weltman.com Dec 21 2018 20:17:21      Sterling Jewelers / Kay,
                 375 Ghent Road,   Akron, OH 44333-4601
5127461        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:24      Synchrony Bank,
                 Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
5127462        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:24      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
5134315         E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:08      Tidewater Finance Company,
                 PO Box 13306,   Chesapeake, VA 23325
5127465         E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:09      Tidewater Motor Credit,
                 6520 Indian River Rd,   Virginia Beach, VA 23464
5127466         E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:09      Tidewater Motor Creditr,
                 6520 Indian River Road,   Virginia Beach, VA 23464-3439
5127467        +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2018 20:18:07      Transworld Sys Inc/09,
                 PO Box 15630,   Wilmington, DE 19850-5630
5127472        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:25      Value City,   Synchrony Bank,
                 PO Box 960061,   Orlando, FL 32896-0061
5127474        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:17:01
                 Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
5127473        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:17:01
                 Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
5127475        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:17:01
                 Verizon Wireless,   PO Box 5029,   Wallingford, CT 06492-7529
5127477         E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:14:35      Walmart/Synchrony Bank,
                 PO Box 530927,   Atlanta, GA 30353-0927
5130575        +E-mail/Text: kcm@yatb.com Dec 21 2018 20:17:04      YORK ADAMS TAX BUREAU,   PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 70

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Car One Financial, LLC,    4048 Carlisle Road,   Dover, PA 17315-3508
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5127458*       +Sterling Jewelers /Kay,    375 Ghent Road,   Akron, OH 44333-4601
5127348       ##+Bank of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5127408       ##+Law Offices of Ed Overcash LLC,    37 Villa Road,   Greenville, SC 29615-3038
5127455       ##+Star Cash Processing,    PO Box 111,   Miami, OK 74355-0111
5127471       ##+Usa Discounters Credit,    Po Box 8008,   Attn: Bankruptcy Department,
                 Virginia Beach, VA 23450-8008
                                                                                    TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

```
          Brent   Diefenderfer    on behalf of Creditor    Car One Financial, LLC bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| Constance N. Craig−Mason, aka Constance N. Craig, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−04676−HWV |
| Anthony O Mason, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 21, 2018 |

ntcnfhrg (03/18)