In re:                                                          Case No. 18-04676-HWV
Constance N. Craig-Mason                                        Chapter 13
Anthony O Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 5          Date Rcvd: Dec 21, 2018
                              Form ID: pdf002        Total Noticed: 167

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db/jdb       +Constance N. Craig-Mason,   Anthony O Mason,   2484 Schultz Way,   York, PA 17402-4904
5127334      +ABC Financial,   PO Box 6800,   North Little Rock, AR 72124-6800
5127336       ACN,   1000 Progress Place,   Concord, NC 28025-2449
5127333      +Aaron's Sales & Lease,   Attn: Bankruptcy,   Po Box 100039,   Kennesaw, GA 30156-9239
5127335      +Acc Adv Agnc,   510 N Park Rd,   Wyomissing, PA 19610-2941
5127338     #+Albert Boll & Sons,   1036 Greenbriar Rd.,   York, PA 17404-1204
5127337      +Albert Boll & Sons,   53 Main Street A,   York, PA 17406-8269
5127339      +Alec Isaacson ,DDS,   200 Towsonton Ct 112,   Towson, MD 21204-7007
5127340      +Allied Interstate LLC,   7525 W. Campus Road,   New Albany, OH 43054-1121
5127342      +Amplified Funding,   PO Box 542,   Lac Du Flambeau, WI 54538-0542
5127344      +Associated Credit Services,   Attn: Data Processing Dept,
               115 Flanders Road, Suite 140; Po Box 517,   Westborough, MA 01581-0517
5127347      +Baltimore County Maryland,   PO Box 2095,   Baltimore, MD 21203-2095
5127349      +Bay County Financial,   6619 Ritchie Hwy. #13,   Glen Burnie, MD 21061-6401
5127352      +Buddy's Home Furnishings,   1236 greensprings drive,   York, PA 17402-8825
5127351      +Buddy's Home Furnishings,   6608 Adamo Drive,   Tampa, FL 33619-3416
5127353      +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
               Camp Hill, PA 17001-8875
5127354      +Bureau of Revenue Collection,   Abel Wolman Mncpl Bldg room 2,   200 Holiday Street,
               Baltimore, MD 21202-3635
5137616     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,   PO Box 117,   Columbus, OH 43216)
5142325      +Car One Financial, LLC,   4048 Carlisle Road,   Dover, PA 17315-3508
5127359      +City of Baltimore,   200 Holiday Street,   Baltimore, MD 21202-3618
5127360      +City of Baltimore Bureau of Revenue,   Box 17535,   Baltimore, MD 21297-1535
5127361      +Clrfld Motor,   4048 Carlisle Road,   Dover, PA 17315-3508
5127362      +Columbia Gas,   121 Champion Way,   Suite 100,   Canonsburg, PA 15317-5817
5127363      +Comcast Xfinity,   PO Box 3001,   Southeastern, PA 19398-3001
5127370       Comtroller of MD,   Revenue Administration Division,   110 Carroll Street,
               Annapolis, MD 21411-0001
5127372      +Continental Finance Co,   Po Box 8099,   Newark, DE 19714-8099
5127373      +Corporate Portfolio Services,   PO Box 57071,   Irvine, CA 92619-7071
5127374      +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
               Southfield, MI 48034-8331
5127375       Credit Acceptance Corporation,   P.O. Box 551888,   Detroit, MI 48255-1888
5127379       Crunch Fitness,   c/o ABC Financial,   8320 Arkansas 107,   Sherwood, AR 72120
5127383     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV,   PO Box 6550,   Englewood, CO 80155)
5127380       Delaware Department of Transportati,   PO Box 697,   Dover, DE 19903-0697
5127332       Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
5127388      +ER Solutions/Convergent Outsourcing, INC,   Po Box 9004,   Renton, WA 98057-9004
5127391     ++FIDELITY INFORMATION CORPORATION,   PO BOX 3963,   GLENDALE CA 91221-0963
              (address filed with court: Fidelity Info Corp,   Po Box 100,   Pacific Palisades, CA 90272)
5127390      +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5127394      +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
5127395       Fradkin and Weber,   Suite 301-Shell Building,   200 E. Joppa Road,   Towson, MD 21286-3167
5127396      +Freedom Mortgage Corporation,   Attn: Bankruptcy,   Po Box 50428,   Indianapolis, IN 46250-0401
5127401      +GREATER BALTIMORE MEDICAL CENTER,   100 W. Road #500,   Towson, MD 21204-2356
5127398      +Geico,   PO Box 9500,   Fredericksburg, VA 22403-9500
5127400       Gordon's Jewelrs,   c/o Comenity Capital Bank,   875 Ghent Road,   Akron, OH 44333
5127403       IdealGelt,   790 E. Sam Houston Parkway N. 202,   Houston, TX 77024
5127404      +Indigo Pointe/Biscayne,   c/o Statewide Management,   217 Country Ridge Drive,
               Red Lion, PA 17356-8866
5138860      +Intercoastal Financial LLC,   7954 Transit Rd No 144,   Williamsville, NY 14221-4117
5127330       Internal Revenue Service,   Andover, MA 01810-9041
5127405      +Ivy Greens Condo Association,   c/o Property Management Assoc.,   PO Box 29151,
               Phoenix, AZ 85038-9151
5127411      +LG Ross Assocaites,   4 Universal Way,   Jackson, MI 49202-1455
5127412      +Liberty Mutual,   175 Berkeley Street,   Boston, MA 02116-3350
5127413      +Lifebridge Heath & Fitness,   1836 Green Tree Road #1,   Pikesville, MD 21208-1381
5127415      +M&T Bank Legal Department,   PO Box 844,   Buffalo, NY 14240-0844
5127417      +MDG,   3422 Old Capital Trail,   PMB 1993,   Wilmington, DE 19808-6124
5127418     ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
              (address filed with court: Met-Ed,   Po Box 16001,   Reading, PA 19612)
5143078      +MET-ED,   101 Crawfords Corner Rd,   Bldg#1 Ste 1-511,   HOLMDEL, NJ 07733-1976
5127423      +MRS BPO,   Attn: Bankruptcy,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
5127416      +McDonogh School,   P.O. Box 380,   Owings Mills, MD 21117-0380
5127421      +Mobiloans LLC,   PO Box 1409,   Marksville, LA 71351-1409
5127422       Montgomery Ward,   11127 7th Avenue,   Monroe, WI 53566
5127427      +NJ EZ Pass,   PO Box 4971,   Trenton, NJ 08650-4971
5127428       NY City Department of Finace,   PO Box 3600,   New York, NY 10008-3600
5127424       National Credit Adjusters,   PO Box 3023,   Hutchinson, KS 67504-3023
5127425      +Nationwide Credit Inc.,   PO Box 14581,   Des Moines, IA 50306-3581
```

```
5127426        +Net PDL (pay day loan),   PO Box 704,   Watersmeet, MI 49969-0704
5127430        +Oasis1 Marketing Group,   1909 N. 1st Street #2,   Lincoln, NE 68508-4012
5127431        +Office of Budget and Finance,   400 Washington Street, #100,   Towson, MD 21204-4610
5127439        +PNC Bank,   300 Fifth Avenue,   the Tower at PNC Plaza,   Pittsburgh, PA 15222-2401
5127434        +Patient First,   ATTN: Patient Accounts,   5000 Cox Road,   Glen Allen, VA 23060-9271
5127435        +PayPal Credit,   P.O. Box 5018,   Lutherville Timonium, MD 21094-5018
5127436        +Penn Waste,   85 Brick Yard Road,   Manchester, PA 17345-9204
5142125        +Penn Waste Inc,   PO Box 3066,   York, PA 17402-0066
5127437        +Physicians Billing / Wellspan,   1803 Mount Rose Avenue, Suite B3,   York, PA 17403-3051
5127438         Pinnacle Health Hospital,   11 South Front Street,   Harrisburg, PA 17101
5127441        +Presta Account Services,   4150 International Plaza #400,   Fort Worth, TX 76109-4819
5127443        +QVC,   PO Box 1900,   West Chester, PA 19380-0146
5127450        +RUI Credit Services,   1305 Walt Whitman Road,   Melville, NY 11747-4849
5127446         Receivables Managements Sys,   7206 Hull Street Rd # 211,   Hunt Valley, MD 21031
5127448        +Recmgmt Srvc,   Attn: Bankruptcy,   4200 Cantera Drive, Suite 211,   Warrenville, IL 60555-3040
5127449         Resurgent,   Care Of Resurgent Capital Serv,   Greenville, SC 29602
5127454        +Star Cash Processing,   3120 St. Paul Street #Terrace Suite,   Baltimore, MD 21218-3856
5127456         Star Property Management,   3120 St. Paull Stret,   Terrace Suite,   Baltimore, MD 21218
5127459        +Sterling Jewelers, Inc.,   Attn: Bankruptcy,   Po Box 1799,   Akron, OH 44309-1799
5127460        +Suntrust Bank,   GA-Atlanta 0795,   PO Box 4418,   Atlanta, GA 30302-4418
5127463        +The Neat Company,   2 Penn Center,   1500 JFK Blvd #700,   Philadelphia, PA 19102-1732
5127464        +Thornhill Properties,   6301 N. Charles Street #2,   Baltimore, MD 21212-1040
5127468        +Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,   Atlanta, GA 30356-0424
5127469        +U-StorIt,   2786 S. Queen Street,   Dallastown, PA 17313-9541
5127470       ++USFASTCASH DBA TFS CORP,   PO BOX 111,   MIAMI OK 74355-0111
               (address filed with court:  US Fast Cash,   3531 P. Streeet NW,   Miami, OK 74354)
5127476        +Vivint Security,   4931 N. 300 W,   Provo, UT 84604-5816
5127479       ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court:  Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)
5127478        +Weisfield Jewelers/Sterling Jewelers Inc,   Attn: Bankruptcy,   Po Box 1799,
                 Akron, OH 44309-1799
5131470        +Wells Fargo Bank, NA,   435 Ford Road, 3rd FL, Suite 300,   Saint Louis Park, MN 55426-4938
5127480        +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
5127481        +White Hills Cash,   PO Box 330,   Hays, MT 59527-0330
5127331        +York Adams Tax Claim Bureau,   PO BOX 15627,   York, PA 17405-0156
5127482        +York Township Sewer,   190 Oak Road,   Dallastown, PA 17313-9300
5127483        +York Water Company,   130 E. Market Street,   York, PA 17401-1219
5127484        +Zales/Genesis FS,   Attn: Bankruptcy,   Po Box 4477,   Beaverton, OR 97076-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5127345        +E-mail/Text: g17768@att.com Dec 21 2018 20:17:04      AT&T,   c/o Business Bankruptcy,
                 PO Box 769,   Arlington, TX 76004-0769
5127341        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:14:32      American Tire,
                 c/o Synchrony Bank,   PO Box 965030,   Orlando, FL 32896-5030
5127343        +E-mail/Text: bnc-applied@quantum3group.com Dec 21 2018 20:17:56      Applied Card Bank,
                 Attention: Bankruptcy,   Po Box 17125,   Wilmington, DE 19850-7125
5127346        +E-mail/Text: ACF-EBN@acf-inc.com Dec 21 2018 20:17:02      Atlantic Crd,   Po Box 13386,
                 Roanoke, VA 24033-3386
5127350         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Big Lots,
                 c/o Comenity Capital Bank,   PO Box 183003,   Columbus, OH 43218-3003
5127355        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:25:50
                 Cach Llc/Square Two Financial,   Attention: Bankruptcy,   4340 South Monaco St.  2nd Floor,
                 Denver, CO 80237-3485
5127356        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 20:12:26      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5127357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 20:13:27      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
5127358        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09      Ccs Collections,
                 725 Canton St,   Norwood, MA 02062-2679
5127364        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Comenity Bank/Overstock,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5127365        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Comenity Bank/Pottery Barn,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5127366        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Comenitybank/New York,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5127367        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Comenitycapital/biglot,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5127368        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:27      Comenitycb/gordon,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5127369        +E-mail/Text: tuscolsup@fisglobal.com Dec 21 2018 20:18:03
                 Complete Payment Recovery Services,   11601 Roosevelt Blvd #N,
                 Saint Petersburg, FL 33716-2202
5127371        +E-mail/Text: bankruptcy@consumerportfolio.com Dec 21 2018 20:17:50      Consumer Portfolio Svc,
                 Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
5127376        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09
                 Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
5127377        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2018 20:18:09
                 Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

5127378          +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2018 20:14:47      Credit One Bank,
                  Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5127381          +E-mail/PDF: pa_dc_ed@navient.com Dec 21 2018 20:13:35      Dept of Ed / Navient,
                  Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5127382          +E-mail/Text: EBNProcessing@afni.com Dec 21 2018 20:17:48      DirecTV,    c/o AFNI, Inc,
                  1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
5127384          +E-mail/Text: mrdiscen@discover.com Dec 21 2018 20:17:03      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
5127385          +E-mail/Text: bankruptcynotices@dcicollect.com Dec 21 2018 20:18:01      Diversified Consultant,
                  10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
5127386          +E-mail/Text: bknotice@ercbpo.com Dec 21 2018 20:17:46      Enchanced Recovery Company LLC,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
5127387          +E-mail/Text: bknotice@ercbpo.com Dec 21 2018 20:17:46      Enhanced Recovery Corp,
                  Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5127389           E-mail/Text: bankruptcy@erieinsurance.com Dec 21 2018 20:18:08      Erie Insurance,
                  100 Erie Insurance Place,    Erie, PA 16530-1104
5127392          +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 20:18:03      Fingerhut,
                  Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5127393          +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 20:18:03      Fingerhut,
                  Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
5127397          +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:22      GE Capital / Care Credit,
                  170 Election Road, Suite 125,    Draper, UT 84020-6425
5127399          +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 20:18:16      Genesis Bankcard Services,
                  Po Box 4477,    Beaverton, OR 97076-4401
5127402          +E-mail/Text: bankruptcy@hsn.net Dec 21 2018 20:18:00      HSN,    PO Box 9090,
                  Clearwater, FL 33758-9090
5136341           E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:51      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
5127406           E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:52      Jefferson Capital Systems, LLC,
                  Po Box 1999,    Saint Cloud, MN 56302
5127407          +E-mail/Text: support@ljross.com Dec 21 2018 20:17:20      L J Ross Associates In,
                  4 Universal Way,    Jackson, MI 49202-1455
5130890           E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:57:55
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5127414          +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 20:25:24
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
5127409          +E-mail/Text: BK@lendup.com Dec 21 2018 20:18:06      Lend UP,    237 Kearny Street #197,
                  San Francisco, CA 94108-4502
5127410          +E-mail/Text: bklcard@lendup.com Dec 21 2018 20:18:06      Lendup Card Services I,
                  Attn: Bankruptcy, LendUp,    237 Kearny St #197,    San Francisco, CA 94108-4502
5127419          +E-mail/Text: bankruptcy@sccompanies.com Dec 21 2018 20:18:16      Midnight Velvet,
                  Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
5127420          +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 21 2018 20:18:15      Milestone,    PO Box 4477,
                  Beaverton, OR 97076-4401
5141909          +E-mail/Text: bankruptcy@sccompanies.com Dec 21 2018 20:18:16      Montgomery Ward,
                  c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5127429          +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:26      NY&Co,
                  c/o Comenity Capital Bank,    PO Box 659728,    San Antonio, TX 78265-9728
5127432          +E-mail/Text: bankruptcy@onlineis.com Dec 21 2018 20:18:00      Online Collections,
                  Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
5127433           E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:26      Overstock,
                  c/o Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
5127530          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 20:14:40
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5127442          +E-mail/Text: bankruptcynotices@psecu.com Dec 21 2018 20:18:04      PSECU,    attn: bankruptcy,
                  PO Box 67013,    Harrisburg, PA 17106-7013
5134856           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 20:17:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
5127440           E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 20:17:26      Pottery Barn,
                  c/o Comenity Capital Bank,    PO Box 182273,    Columbus, OH 43218-2273
5135942          +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 20:17:51      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5134914           E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 20:17:33
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
5127444          +E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Receivable Management,
                  7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
5127445           E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Receivable Management Inc,
                  7206 Hull Rd,    Ste 211,    Richmond, VA 23235
5127447          +E-mail/Text: colleen.atkinson@rmscollect.com Dec 21 2018 20:18:10      Recievables Mngt,
                  PO Box 8630,    Richmond, VA 23226-0630
5140113           E-mail/Text: appebnmailbox@sprint.com Dec 21 2018 20:17:41      Sprint Corp,
                  Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
5127451          +E-mail/Text: compliance@sentrycredit.com Dec 21 2018 20:18:09      Sentry Credit,
                  2809 Grand Ave,    Everett, WA 98201-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5127452        +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2018 20:12:34    Slm Financial Corp,   Po Box 9500,
                Wilkes-barre, PA 18773-9500
5127453         E-mail/Text: appebnmailbox@sprint.com Dec 21 2018 20:17:41    Sprint Wireless,
                KSOPHT1010-Z4300,   6391 Sprint Parkway,   Overland Park, KS 66251-4300
5127457        +E-mail/Text: BKRMailOPS@weltman.com Dec 21 2018 20:17:21    Sterling Jewelers / Kay,
                375 Ghent Road,   Akron, OH 44333-4601
5127461        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:23    Synchrony Bank,
                Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5127462        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:21    Synchrony Bank/Walmart,
                Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5134315         E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:08    Tidewater Finance Company,
                PO Box 13306,   Chesapeake, VA 23325
5127465         E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:08    Tidewater Motor Credit,
                6520 Indian River Rd,   Virginia Beach, VA 23464
5127466        +E-mail/Text: tidewaterlegalebn@twcs.com Dec 21 2018 20:17:08    Tidewater Motor Creditr,
                6520 Indian River Road,   Virginia Beach, VA 23464-3439
5127467        +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2018 20:18:07    Transworld Sys Inc/09,
                PO Box 15630,   Wilmington, DE 19850-5630
5127472        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:22    Value City,   Synchrony Bank,
                PO Box 960061,   Orlando, FL 32896-0061
5127474        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:17:00
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
5127473        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:16:59
                Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
5127475        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 20:17:00
                Verizon Wireless,   PO Box 5029,   Wallingford, CT 06492-7529
5127477         E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:23    Walmart/Synchrony Bank,
                PO Box 530927,   Atlanta, GA 30353-0927
5130575        +E-mail/Text: kcm@yatb.com Dec 21 2018 20:17:04    YORK ADAMS TAX BUREAU,   PO BOX 15627,
                YORK, PA 17405-0156
                                                                                    TOTAL: 70


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Car One Financial, LLC,   4048 Carlisle Road,   Dover, PA 17315-3508
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5127458*       +Sterling Jewelers /Kay,   375 Ghent Road,   Akron, OH 44333-4601
5127348       ##+Bank of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5127408       ##+Law Offices of Ed Overcash LLC,   37 Villa Road,   Greenville, SC 29615-3038
5127455       ##+Star Cash Processing,   PO Box 111,   Miami, OK 74355-0111
5127471       ##+Usa Discounters Credit,   Po Box 8008,   Attn: Bankruptcy Department,
                Virginia Beach, VA 23450-8008
                                                                          TOTALS: 0, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:

        Brent  Diefenderfer   on behalf of Creditor   Car One Financial, LLC bdiefenderfer@cgalaw.com,
        tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
        com;r48835@notify.bestcase.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Dawn Marie Cutaia   on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
        cutaialawecf@gmail.com;r46159@notify.bestcase.com
        Dawn Marie Cutaia   on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
        cutaialawecf@gmail.com;r46159@notify.bestcase.com
        James  Warmbrodt   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                      TOTAL: 6

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Constance N. Craig-Mason**
**Anthony O. Mason**

CHAPTER 13
CASE NO.　**1:18-bk-04676**

☑ ORIGINAL PLAN
＿＿＿ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☑ 3 Number of Motions to Avoid Liens
☑ 3 Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☑ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.　　PLAN FUNDING AND LENGTH OF PLAN.**

　　**A.　　Plan Payments From Future Income**

　　　　　1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**69,600.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| **12/2018** | 12/2018 | 0.00 | | | 0.00 |
| **01/19** | 10/23 | 1,300.00 | 0.00 | 1,300.00 | 75,400.00 |
| | | | | Total Payments: | $75,400.00 |

　　　　　2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

　　　　　3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

　　　　　4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be*

*completed or reproduced.*

☑ Debtor(s) is over median income. Debtor(s) calculates that a minimum of $**0.00** must be paid to unsecured creditors in order to comply with the Means Test.

**B.** **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

**2.** **SECURED CLAIMS.**

**A.** **Pre-Confirmation Distributions.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

☑ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| Clrfld Motor | 4048 Carlisle Road; Dover, PA 17315 | 3448 | $200 |
| Clrfld Motor | 4048 Carlisle Road; Dover, PA 17315 | 463A | $200 |
| | | | |
| | | | |
| | | | |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 1:18-bk-04676-HWV    Doc 23    Filed 12/23/18    Entered 12/24/18 00:43:43    Desc
Imaged Certificate of Notice    Page 7 of 11

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Freedom Mortgage Corporation | 2484 Schultz Way York, PA 17402 Residence: Condo | 5353 |

**C.** **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Freedom Mortgage Corporation | 2484 Schultz Way York, PA 17402 Residence: Condo | $10,000.00 | $0.00 | $10,000.00 |

**D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

☑ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Clrfld Motor | 2012 Buick Verano 84200 miles Vehicle: | $16,347.00 | 5% | $18,128.08 |
| Clrfld Motor | 2009 Nissan Altima 54000 miles Vehicle: | $16,270.00 | 5% | $18,042.63 |

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| Buddy's Home Furnishings | Household furniture: deep freezer ($120), laptop ($170), washer and dryer ($741), electronic fireplace ($300) | $1331.00 | 0.00 | $1331.00 | Plan |

    **F .**    <u>**Surrender of Collateral.**</u> *Check one.*

    ☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    **G .**    <u>**Lien Avoidance.**</u> *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

    ☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**    **PRIORITY CLAIMS.**

    **A.**    <u>**Administrative Claims**</u>

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees</u>. Complete only one of the following options:

            a.    In addition to the retainer of $ **0.00** already paid by the Debtor, the amount of $ **4,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

            b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    **B.**    <u>**Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).**</u> *Check one of the following two lines.*

    ☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

    ☑ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $10,000.00 |

    **C.**    <u>**Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).**</u> *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**    **UNSECURED CLAIMS**

4

        A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
          *Check one of the following two lines.*

        ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

        B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5.     **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

        ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6.     **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

    ☐ plan confirmation.
    ☑ entry of discharge.
    ☐ closing of case:

7.     **DISCHARGE: (Check one)**

    ☑ The debtor will seek a discharge pursuant to § 1328(a).

    ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8.     **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:
Level 1:     _____
Level 2:     _____
Level 3:     _____
Level 4:     _____
Level 5:     _____
Level 6:     _____
Level 7:     _____
Level 8:     _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:     Adequate protection payments.
Level 2:     Debtor's attorney's fees.
Level 3:     Domestic Support Obligations.
Level 4:     Priority claims, pro rata.
Level 5:     Secured claims, pro rata.
Level 6:     Specially classified unsecured claims.
Level 7:     Timely general unsecured claims.
Level 8:     Untimely filed general unsecured claims to which the Debtor has not objected.

9.     **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Dated:     **November 26, 2018**                                   **/s/ Dawn Marie Cutaia**
                                                                   **Dawn Marie Cutaia 77965**
                                                                   Attorney for Debtor

                                                                   **/s/ Constance N. Craig-Mason**
                                                                   **Constance N. Craig-Mason**
                                                                   Debtor

                                                                   **/s/ Anthony O. Mason**
                                                                   **Anthony O. Mason**
                                                                   Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.

6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy