UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CONSTANCE N CRAIG MASON<br>ANTHONY O MASON | CASE NO: 18-4676<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/12/2019, I did cause a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CONSTANCE N CRAIG MASON
ANTHONY O MASON

CASE NO: 18-4676

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/12/2019, a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ABC FINANCIAL | ACN |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-18-BK-04676-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE MAR 12 08-26-53 EDT 2019 | PO BOX 6800<br>NORTH LITTLE ROCK AR 72124-6800 | 1000 PROGRESS PLACE<br>CONCORD NC 28025-2449 |
| ATT<br>CO BUSINESS BANKRUPTCY<br>PO BOX 769<br>ARLINGTON TX 76004-0769 | AARONS SALES LEASE<br>ATTN BANKRUPTCY<br>PO BOX 100039<br>KENNESAW GA 30156-9239 | ACC ADV AGNC<br>510 N PARK RD<br>WYOMISSING PA 19610-2941 |
| ALBERT BOLL SONS<br>1036 GREENBRIAR RD<br>YORK PA 17404-1204 | ALBERT BOLL SONS<br>53 MAIN STREET A<br>YORK PA 17406-8269 | ALEC ISAACSON DDS<br>200 TOWSONTON CT 112<br>TOWSON MD 21204-7007 |
| ALLIED INTERSTATE LLC<br>7525 W CAMPUS ROAD<br>NEW ALBANY OH 43054-1121 | AMERICAN TIRE<br>CO SYNCHRONY BANK<br>PO BOX 965030<br>ORLANDO FL 32896-5030 | AMPLIFIED FUNDING<br>PO BOX 542<br>LAC DU FLAMBEAU WI 54538-0542 |
| APPLIED CARD BANK<br>ATTENTION BANKRUPTCY<br>PO BOX 17125<br>WILMINGTON DE 19850-7125 | ASSOCIATED CREDIT SERVICES<br>ATTN DATA PROCESSING DEPT<br>115 FLANDERS ROAD SUITE 140 PO BOX 517<br>WESTBOROUGH MA 01581-0517 | ATLANTIC CRD<br>PO BOX 13386<br>ROANOKE VA 24033-3386 |
| BALTIMORE COUNTY MARYLAND<br>ETHAN B HUNT ASSISTANT COUNTY ATTY<br>400 WASHINGTON AVE SUITE 219<br>TOWSON MD 21204-4606 | BALTIMORE COUNTY MARYLAND<br>PO BOX 2095<br>BALTIMORE MD 21203-2095 | BANK OF AMERICA<br>NC41050314<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 |
| BAY COUNTY FINANCIAL<br>6619 RITCHIE HWY 13<br>GLEN BURNIE MD 21061-6401 | BIG LOTS<br>CO COMENITY CAPITAL BANK<br>PO BOX 183003<br>COLUMBUS OH 43218-3003 | BUDDYS HOME FURNISHINGS<br>1236 GREENSPRINGS DRIVE<br>YORK PA 17402-8825 |
| BUDDYS HOME FURNISHINGS<br>6608 ADAMO DRIVE<br>TAMPA FL 33619-3416 | BUREAU OF ACCOUNT MANAGMENT<br>3607 ROSEMONT AVE STE 502<br>PO BOX 8875<br>CAMP HILL PA 17001-8875 | BUREAU OF REVENUE COLLECTION<br>ABEL WOLMAN MNCPL BLDG ROOM 2<br>200 HOLIDAY STREET<br>BALTIMORE MD 21202-3635 |
| CACH LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | COMCAST<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | CVI SGP CO ACQUISITION TRUST<br>CO RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE SC 29603-0587 |

| | | |
|---|---|---|
| CACH LLCSQUARE TWO FINANCIAL<br>ATTENTION BANKRUPTCY<br>4340 SOUTH MONACO ST 2ND FLOOR<br>DENVER CO 80237-3485 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>CAPITAL ONE BANK USA NA<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAR ONE FINANCIAL LLC<br>4048 CARLISLE ROAD<br>DOVER PA 17315-3508 | CCS COLLECTIONS<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | CITY OF BALTIMORE<br>200 HOLIDAY STREET<br>BALTIMORE MD 21202-3618 |
| CITY OF BALTIMORE BUREAU OF REVENUE<br>BOX 17535<br>BALTIMORE MD 21297-1535 | CLRFLD MOTOR<br>4048 CARLISLE ROAD<br>DOVER PA 17315-3508 | COLUMBIA GAS<br>121 CHAMPION WAY<br>SUITE 100<br>CANONSBURG PA 15317-5817 |
| COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | COMCAST XFINITY<br>PO BOX 3001<br>SOUTHEASTERN PA 19398-3001 | COMENITY BANKOVERSTOCK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITY BANKPOTTERY BARN<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYBANKNEW YORK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBIGLOT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITYCBGORDON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMPLETE PAYMENT RECOVERY SERVICES<br>11601 ROOSEVELT BLVD N<br>SAINT PETERSBURG FL 33716-2202 | COMTROLLER OF MD<br>REVENUE ADMINISTRATION DIVISION<br>110 CARROLL STREET<br>ANNAPOLIS MD 21411-0001 |
| CONSUMER PORTFOLIO SVC<br>ATTN BANKRUPTCY<br>PO BOX 57071<br>IRVINE CA 92619-7071 | CONTINENTAL FINANCE CO<br>PO BOX 8099<br>NEWARK DE 19714-8099 | CORPORATE PORTFOLIO SERVICES<br>PO BOX 57071<br>IRVINE CA 92619-7071 |
| DEBTOR<br>CONSTANCE N CRAIG MASON<br>2484 SCHULTZ WAY<br>YORK PA 17402-4904 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY DEPT<br>25505 WEST 12 MILE RD STE 3000<br>SOUTHFIELD MI 48034-8331 | CREDIT ACCEPTANCE CORPORATION<br>PO BOX 551888<br>DETROIT MI 48255-1888 |
| CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CREDIT COLLECTIONS SVC<br>PO BOX 773<br>NEEDHAM MA 02494-0918 | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CRUNCH FITNESS<br>CO ABC FINANCIAL<br>8320 ARKANSAS 107<br>SHERWOOD AR 72120 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DELAWARE DEPARTMENT OF TRANSPORTATI<br>PO BOX 697<br>DOVER DE 19903-0697 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | DEPT OF ED NAVIENT<br>ATTN CLAIMS DEPT<br>PO BOX 9635<br>WILKES BARR PA 18773-9635 |
| BRENT DIEFENDERFER<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | DIRECTV<br>CO AFNI INC<br>1310 MARTIN LUTHER KING DRIVE<br>BLOOMINGTON IL 61701-1465 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE FL 32256-0596 |
| ER SOLUTIONSCONVERGENT OUTSOURCING INC<br>PO BOX 9004<br>RENTON WA 98057-9004 | ENCHANCED RECOVERY COMPANY LLC<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 | ENHANCED RECOVERY CORP<br>ATTENTION CLIENT SERVICES<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 |
| ERIE INSURANCE<br>100 ERIE INSURANCE PLACE<br>ERIE PA 16530-1104 | FEDLOAN SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FIDELITY INFORMATION CORPORATION<br>PO BOX 3963<br>GLENDALE CA 91221-0963 |
| FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD RD<br>SAINT CLOUD MN 56303-0820 | FINGERHUT<br>ATTN BANKRUPTCY<br>PO BOX 1250<br>SAINT CLOUD MN 56395-1250 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 |
| FRADKIN AND WEBER<br>SUITE 301SHELL BUILDING<br>200 E JOPPA ROAD<br>TOWSON MD 21286-3167 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 | FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 50428<br>INDIANAPOLIS IN 46250-0401 |
| GE CAPITAL CARE CREDIT<br>170 ELECTION ROAD SUITE 125<br>DRAPER UT 84020-6425 | GREATER BALTIMORE MEDICAL CENTER<br>100 W ROAD 500<br>TOWSON MD 21204-2356 | GEICO<br>PO BOX 9500<br>FREDERICKSBURG VA 22403-9500 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GENESIS BANKCARD SERVICES<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | GORDONS JEWELRS<br>CO COMENITY CAPITAL BANK<br>875 GHENT ROAD<br>AKRON OH 44333 | HSN<br>PO BOX 9090<br>CLEARWATER FL 33758-9090 |
| IDEALGELT<br>790 E SAM HOUSTON PARKWAY N 202<br>HOUSTON TX 77024 | INDIGO POINTEBISCAYNE<br>CO STATEWIDE MANAGEMENT<br>217 COUNTRY RIDGE DRIVE<br>RED LION PA 17356-8866 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD NO 144<br>WILLIAMSVILLE NY 14221-4117 |
| INTERNAL REVENUE SERVICE<br>ANDOVER MA 018109041 | IVY GREENS CONDO ASSOCIATION<br>CO PROPERTY MANAGEMENT ASSOC<br>PO BOX 29151<br>PHOENIX AZ 85038-9151 | IVY GREENS CONDOMINIUM ASSOCIATION<br>CO PROPERTY MANAGEMENT UNLIMITED<br>1013 NORTH GEORGE STREET<br>YORK PA 17404-2025 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 1999<br>SAINT CLOUD MN 56302 | L J ROSS ASSOCIATES IN<br>4 UNIVERSAL WAY<br>JACKSON MI 49202-1455 |
| LG ROSS ASSOCAITES<br>4 UNIVERSAL WAY<br>JACKSON MI 49202-1455 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES LLC AND FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| LAW OFFICES OF ED OVERCASH LLC<br>37 VILLA ROAD<br>GREENVILLE SC 29615-3038 | LEND UP<br>237 KEARNY STREET 197<br>SAN FRANCISCO CA 94108-4502 | LENDUP CARD SERVICES I<br>ATTN BANKRUPTCY LENDUP<br>237 KEARNY ST 197<br>SAN FRANCISCO CA 94108-4502 |
| LIBERTY MUTUAL<br>175 BERKELEY STREET<br>BOSTON MA 02116-3350 | LIFEBRIDGE HEATH FITNESS<br>1836 GREEN TREE ROAD 1<br>PIKESVILLE MD 21208-1381 | MT BANK LEGAL DEPARTMENT<br>PO BOX 844<br>BUFFALO NY 14240-0844 |
| MDG<br>3422 OLD CAPITAL TRAIL<br>PMB 1993<br>WILMINGTON DE 19808-6124 | MET ED<br>101 CRAWFORDS CORNER RD<br>BLDG1 STE 1-511<br>HOLMDEL NJ 07733-1976 | MRS BPO<br>ATTN BANKRUPTCY<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003-2016 |
| ANTHONY O MASON<br>2484 SCHULTZ WAY<br>YORK PA 17402-4904 | MCDONOGH SCHOOL<br>PO BOX 380<br>OWINGS MILLS MD 21117-0380 | MET ED FIRST ENERGY<br>101 CRAWFORD CORNER RD<br>BLDG 1 SUITE 1-511<br>HOLMDEL NJ 07733-1900 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MIDNIGHT VELVET<br>SWISS COLONYMIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE WI 53566-1364 | MILESTONE<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | MOBILOANS LLC<br>PO BOX 1409<br>MARKSVILLE LA 71351-1409 |
| MONTGOMERY WARD<br>11127 7TH AVENUE<br>MONROE WI 53566 | MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | NJ EZ PASS<br>PO BOX 4971<br>TRENTON NJ 08650-4971 |
| NY CITY DEPARTMENT OF FINACE<br>PO BOX 3600<br>NEW YORK NY 10008-3600 | NYCO<br>CO COMENITY CAPITAL BANK<br>PO BOX 659728<br>SAN ANTONIO TX 78265-9728 | NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 |
| NATIONWIDE CREDIT INC<br>PO BOX 14581<br>DES MOINES IA 50306-3581 | NAVIENT SOLUTIONS LLC ON BEHALF OF<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 | NET PDL PAY DAY LOAN<br>PO BOX 704<br>WATERSMEET MI 49969-0704 |
| OASIS TRADE GROUP<br>1909 N 1ST ST STE 2<br>LINCOLN NE 68508-4012 | OFFICE OF BUDGET AND FINANCE<br>400 WASHINGTON STREET 100<br>TOWSON MD 21204-4610 | ONLINE COLLECTIONS<br>ATTN BANKRUPTCY<br>PO BOX 1489<br>WINTERVILLE NC 28590-1489 |
| ORION PORTFOLIO SERVICES II LLC<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | OVERSTOCK<br>CO COMENITY CAPITAL BANK<br>PO BOX 183003<br>COLUMBUS OH 43218-3003 | PNC BANK<br>300 FIFTH AVENUE<br>THE TOWER AT PNC PLAZA<br>PITTSBURGH PA 15222-2401 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PSECU<br>ATTN BANKRUPTCY<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 | PATIENT FIRST<br>ATTN PATIENT ACCOUNTS<br>5000 COX ROAD<br>GLEN ALLEN VA 23060-9271 |
| PAYPAL CREDIT<br>PO BOX 5018<br>LUTHERVILLE TIMONIUM MD 21094-5018 | PENN WASTE<br>85 BRICK YARD ROAD<br>MANCHESTER PA 17345-9204 | PENN WASTE INC<br>PO BOX 3066<br>YORK PA 17402-0066 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | PHYSICIANS BILLING   WELLSPAN<br>1803 MOUNT ROSE AVENUE SUITE B3<br>YORK PA 17403-3051 | PINNACLE HEALTH HOSPITAL<br>11 SOUTH FRONT STREET<br>HARRISBURG PA 17101 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | POTTERY BARN<br>CO COMENITY CAPITAL BANK<br>PO BOX 182273<br>COLUMBUS OH 43218-2273 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PRESTA ACCOUNT SERVICES<br>4150 INTERNATIONAL PLAZA 400<br>FORT WORTH TX 76109-4819 | QVC<br>PO BOX 1900<br>WEST CHESTER PA 19380-0146 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RUI CREDIT SERVICES<br>1305 WALT WHITMAN ROAD<br>MELVILLE NY 11747-4849 | RECEIVABLE MANAGEMENT<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | RECEIVABLE MANAGEMENT INC<br>7206 HULL RD<br>STE 211<br>RICHMOND VA 23235 |
| RECEIVABLES MANAGEMENTS SYS<br>7206 HULL STREET RD  211<br>HUNT VALLEY MD 21031 | RECIEVABLES MNGT<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | RECMGMT SRVC<br>ATTN BANKRUPTCY<br>4200 CANTERA DRIVE SUITE 211<br>WARRENVILLE IL 60555-3040 |
| RESURGENT<br>55 BEATTIE PL 110<br>GREENVILLE SC 29601-5115 | SYNCHRONY BANK<br>CO WEINSTEIN  RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 | SENTRY CREDIT<br>2809 GRAND AVE<br>EVERETT WA 98201-3417 |
| SLM FINANCIAL CORP<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | SPRINT WIRELESS<br>KSOPHT1010Z4300<br>6391 SPRINT PARKWAY<br>OVERLAND PARK KS 66251-4300 |
| STAR CASH PROCESSING<br>3120 ST PAUL STREET TERRACE SUITE<br>BALTIMORE MD 21218-3856 | STAR CASH PROCESSING<br>PO BOX 111<br>MIAMI OK 74355-0111 | STAR PROPERTY MANAGEMENT<br>3120 ST PAULL STRET<br>TERRACE SUITE<br>BALTIMORE MD 21218 |
| STERLING JEWELERS  KAY<br>375 GHENT ROAD<br>AKRON OH 44333-4601 | STERLING JEWELERS INC<br>ATTN BANKRUPTCY<br>PO BOX 1799<br>AKRON OH 44309-1799 | SUNTRUST BANK<br>GAATLANTA 0795<br>PO BOX 4418<br>ATLANTA GA 30302-4418 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SYNCHRONY BANK                          SYNCHRONY BANKWALMART                   THE NEAT COMPANY
ATTN BANKRUPTCY DEPT                    ATTN BANKRUPTCY DEPT                    2 PENN CENTER
PO BOX 965060                           PO BOX 965060                           1500 JFK BLVD 700
ORLANDO FL 32896-5060                   ORLANDO FL 32896-5060                   PHILADELPHIA PA 19102-1732


THORNHILL PROPERTIES                    TIDEWATER FINANCE COMPANY               TIDEWATER MOTOR CREDITR
6301 N CHARLES STREET 2                 P O BOX 13306                           6520 INDIAN RIVER ROAD
BALTIMORE MD 21212-1040                 CHESAPEAKE VA 23325-0306                VIRGINIA BEACH VA 23464-3439


TRANSWORLD SYS INC09                    TRIDENT ASSET MANAGEMENT                U STORIT
PO BOX 15630                            ATTN BANKRUPTCY                         2786 S QUEEN STREET
WILMINGTON DE 19850-5630                PO BOX 888424                           DALLASTOWN PA 17313-9541
                                        ATLANTA GA 30356-0424


USFASTCASH DBA TFS CORP                 UNITED STATES TRUSTEE                   USA DISCOUNTERS CREDIT
PO BOX 111                              228 WALNUT STREET SUITE 1190            6340 CENTER DR STE 7
MIAMI OK 74355-0111                     HARRISBURG PA 17101-1722                NORFOLK VA 23502-0008


VALUE CITY                              VARIUS HOLDINGS LLC                     VERIZON
SYNCHRONY BANK                          PO BOX 1931                             500 TECHNOLOGY DR
PO BOX 960061                           BURLINGAME CA 94011-1931                WELDON SPRING MO 63304-2225
ORLANDO FL 32896-0061


VERIZON                                 VERIZON                                 VERIZON WIRELESS
VERIZON WIRELESS BK ADMIN               BY AMERICAN INFOSOURCE AS AGENT         PO BOX 5029
500 TECHNOLOGY DR STE 550               PO BOX 248838                           WALLINGFORD CT 06492-7529
WELDON SPRINGS MO 63304-2225            OKLAHOMA CITY OK 73124-8838


VIVINT SECURITY                         WALMARTSYNCHRONY BANK                   JAMES WARMBRODT
4931 N 300 W                            PO BOX 530927                           701 MARKET STREET SUITE 5000
PROVO UT 84604-5816                     ATLANTA GA 30353-0927                   PHILADEPHIA PA 19106-1541


WEISFIELD JEWELERSSTERLING JEWELERS     WELLS FARGO BANK NA                     WELLS FARGO BANK NA
INC                                     1 HOME CAMPUS                           435 FORD ROAD 3RD FL SUITE 300
ATTN BANKRUPTCY                         MAC X2303-01A                           SAINT LOUIS PARK MN 55426-4938
PO BOX 1799                             DES MOINES IA 50328-0001
AKRON OH 44309-1799


WELLSPAN HEALTH                         WFS FINANCIALWACHOVIA DEALER SRVS       WHITE HILLS CASH
1001 S GEORGE ST                        PO BOX 3569                             PO BOX 330
YORK PA 17403-3676                      RANCHO CUCAMONGA CA 91729-3569          HAYS MT 59527-0330
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
YORK ADAMS TAX BUREAU          YORK ADAMS TAX CLAIM BUREAU    YORK TOWNSHIP SEWER
PO BOX 15627                   PO BOX 15627                   190 OAK ROAD
YORK PA 17405-0156             YORK PA 17405-0156             DALLASTOWN PA 17313-9300


YORK WATER COMPANY             ZALESGENESIS FS
130 E MARKET STREET            ATTN BANKRUPTCY
YORK PA 17401-1219             PO BOX 4477
                               BEAVERTON OR 97076-4401
```