# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Constance N. Craig-Mason                CHAPTER 13
    Anthony O Mason
           Debtor(s)                     CASE NO. 1:18-04676-HWV

## **MOTION TO AUTHORIZE WAGE ATTACHMENT**

    **COME NOW**, the Debtors, Constance N. Craig-Mason and Anthony O Mason, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtors filed a Chapter 13 Petition on November 3, 2018.
2. The Debtor, Anthony O. Mason, receives a monthly pension from his prior employer which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.
3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.
4. The Debtors consents to the wage attachment.

**WHEREFORE**, the Debtors respectfully request this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

                                                Respectfully Submitted,

                                          By: **/s/ Dawn M. Cutaia**

                                                Dawn M. Cutaia Supreme Court
                                                          ID 77965
                                                    Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Constance N. Craig-Mason         CHAPTER 13
    Anthony O Mason
                Debtor(s)         CASE NO. 1:18-04676-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

    **Employer: Maryland Transit Administration**
    **ATTN:**     **Central Payroll Bureau Agency,**
             **Code 290201 Central Payroll Bureau**
             **108 Carroll St.**
             **PO Box 2396**
             **Annapolis, MD 21401-2396**
             **(Debtor's Payroll Number: # 50338)**

**Shall deduct from Anthony O. Mason's income the sum of $1,334.15 each monthly pay**, beginning on the first pay upon receipt of order, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to**:**

        Charles J. DeHart, III, Esquire
        Standing Chapter 13 Trustee
        PO Box 7005
        Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

                                          **By the Court**

                                          _____

                                          ,Judge