UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CONSTANCE N CRAIG MASON<br>ANTHONY O MASON | CASE NO: 18-4676<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/24/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadling and 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CONSTANCE N CRAIG MASON
ANTHONY O MASON

CASE NO: 18-4676

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/24/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadling and 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              ABC FINANCIAL                          ACN
 LABEL MATRIX FOR LOCAL NOTICING       PO BOX 6800                            1000 PROGRESS PLACE
03141                                  NORTH LITTLE ROCK AR 72124-6800        CONCORD NC 28025-2449
CASE 1-18-BK-04676-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON JUN 24 08-43-27 EDT 2019


ATT                                    AARONS SALES   LEASE                  ACC ADV AGNC
CO BUSINESS BANKRUPTCY                 ATTN BANKRUPTCY                        510 N PARK RD
PO BOX 769                             PO BOX 100039                          WYOMISSING PA 19610-2941
ARLINGTON TX 76004-0769                KENNESAW GA 30156-9239


ALBERT BOLL   SONS                     ALBERT BOLL   SONS                     ALEC ISAACSON DDS
1036 GREENBRIAR RD                     53 MAIN STREET A                       200 TOWSONTON CT 112
YORK PA 17404-1204                     YORK PA 17406-8269                     TOWSON MD 21204-7007


ALLIED INTERSTATE LLC                  AMERICAN TIRE                          AMPLIFIED FUNDING
7525 W CAMPUS ROAD                     CO SYNCHRONY BANK                      PO BOX 542
NEW ALBANY OH 43054-1121               PO BOX 965030                          LAC DU FLAMBEAU WI 54538-0542
                                       ORLANDO FL 32896-5030


APPLIED CARD BANK                      ASSOCIATED CREDIT SERVICES             ATLANTIC CRD
ATTENTION BANKRUPTCY                   ATTN DATA PROCESSING DEPT              PO BOX 13386
PO BOX 17125                           115 FLANDERS ROAD SUITE 140 PO BOX 517 ROANOKE VA 24033-3386
WILMINGTON DE 19850-7125               WESTBOROUGH MA 01581-0517


BALTIMORE COUNTY MARYLAND              BALTIMORE COUNTY MARYLAND              BANK OF AMERICA
ETHAN B HUNT ASSISTANT COUNTY ATTY     PO BOX 2095                            NC41050314
400 WASHINGTON AVE SUITE 219           BALTIMORE MD 21203-2095                PO BOX 26012
TOWSON MD 21204-4606                                                          GREENSBORO NC 27420-6012


BAY COUNTY FINANCIAL                   BIG LOTS                               BUDDYS HOME FURNISHINGS
6619 RITCHIE HWY 13                    CO COMENITY CAPITAL BANK               1236 GREENSPRINGS DRIVE
GLEN BURNIE MD 21061-6401              PO BOX 183003                          YORK PA 17402-8825
                                       COLUMBUS OH 43218-3003


BUDDYS HOME FURNISHINGS                BUREAU OF ACCOUNT MANAGMENT            BUREAU OF REVENUE COLLECTION
6608 ADAMO DRIVE                       3607 ROSEMONT AVE STE 502              ABEL WOLMAN MNCPL BLDG ROOM 2
TAMPA FL 33619-3416                    PO BOX 8875                            200 HOLIDAY STREET
                                       CAMP HILL PA 17001-8875                BALTIMORE MD 21202-3635


CACH LLC                               COMCAST                                CVI SGP CO ACQUISITION TRUST
RESURGENT CAPITAL SERVICES             PO BOX 1931                            CO RESURGENT CAPITAL SERVICES
PO BOX 10587                           BURLINGAME CA 94011-1931               P O BOX 10587
GREENVILLE SC 29603-0587                                                      GREENVILLE SC 29603-0587
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CACH LLCSQUARE TWO FINANCIAL<br>ATTENTION BANKRUPTCY<br>4340 SOUTH MONACO ST 2ND FLOOR<br>DENVER CO 80237-3485 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>CAPITAL ONE BANK USA NA<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAR ONE FINANCIAL LLC<br>4048 CARLISLE ROAD<br>DOVER PA 17315-3508 | CCS COLLECTIONS<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | CITY OF BALTIMORE<br>200 HOLIDAY STREET<br>BALTIMORE MD 21202-3618 |
| CITY OF BALTIMORE BUREAU OF REVENUE<br>BOX 17535<br>BALTIMORE MD 21297-1535 | CLRFLD MOTOR<br>4048 CARLISLE ROAD<br>DOVER PA 17315-3508 | COLUMBIA GAS<br>121 CHAMPION WAY<br>SUITE 100<br>CANONSBURG PA 15317-5817 |
| COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | COMCAST XFINITY<br>PO BOX 3001<br>SOUTHEASTERN PA 19398-3001 | COMENITY BANKOVERSTOCK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITY BANKPOTTERY BARN<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYBANKNEW YORK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBIGLOT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITYCBGORDON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMPLETE PAYMENT RECOVERY SERVICES<br>11601 ROOSEVELT BLVD N<br>SAINT PETERSBURG FL 33716-2202 | COMTROLLER OF MD<br>REVENUE ADMINISTRATION DIVISION<br>110 CARROLL STREET<br>ANNAPOLIS MD 21411-0001 |
| CONSUMER PORTFOLIO SVC<br>ATTN BANKRUPTCY<br>PO BOX 57071<br>IRVINE CA 92619-7071 | CONTINENTAL FINANCE CO<br>PO BOX 8099<br>NEWARK DE 19714-8099 | CORPORATE PORTFOLIO SERVICES<br>PO BOX 57071<br>IRVINE CA 92619-7071 |
| DEBTOR<br>CONSTANCE N CRAIG MASON<br>2484 SCHULTZ WAY<br>YORK PA 17402-4904 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY DEPT<br>25505 WEST 12 MILE RD STE 3000<br>SOUTHFIELD MI 48034-8331 | CREDIT ACCEPTANCE CORPORATION<br>PO BOX 551888<br>DETROIT MI 48255-1888 |
| CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CREDIT COLLECTIONS SVC<br>PO BOX 773<br>NEEDHAM MA 02494-0918 | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CRUNCH FITNESS                      DAWN MARIE CUTAIA                   ROBERT JOSEPH DAVIDOW
CO ABC FINANCIAL                    PUGH AND CUTAIA PLLC                PHELAN HALLINAN DIAMOND  JONES PC
8320 ARKANSAS 107                   115 E PHILADELPHIA STREET           1617 JFK BOULEVARD SUITE 1400
SHERWOOD AR 72120                   YORK PA 17401-2437                  PHILADELPHIA PA 19103-1814


CHARLES J DEHART III TRUSTEE        DELAWARE DEPARTMENT OF TRANSPORTATI DEPARTMENT OF REVENUE
8125 ADAMS DRIVE SUITE A            PO BOX 697                          1 REVENUE PLACE
HUMMELSTOWN PA 17036-8625           DOVER DE 19903-0697                 HARRISBURG PA 17129-0001


DEPT OF ED  NAVIENT                 BRENT DIEFENDERFER                  DIRECTV LLC
ATTN CLAIMS DEPT                    CGA LAW FIRM                        ATTN BANKRUPTCIES
PO BOX 9635                         135 NORTH GEORGE STREET             PO BOX 6550
WILKES BARR PA 18773-9635           YORK PA 17401-1132                  GREENWOOD VILLAGE CO 80155-6550


DIRECTV                             DIRECTV LLC                         DISCOVER FINANCIAL
CO AFNI INC                         BY AMERICAN INFOSOURCE AS AGENT     PO BOX 3025
1310 MARTIN LUTHER KING DRIVE       PO BOX 5008                         NEW ALBANY OH 43054-3025
BLOOMINGTON IL 61701-1465           CAROL STREAM IL 60197-5008


DIVERSIFIED CONSULTANT              ER SOLUTIONSCONVERGENT OUTSOURCING INC  ENCHANCED RECOVERY COMPANY LLC
10550 DEERWOOD PARK BLVD            PO BOX 9004                         8014 BAYBERRY ROAD
JACKSONVILLE FL 32256-0596          RENTON WA 98057-9004                JACKSONVILLE FL 32256-7412


ENHANCED RECOVERY CORP              ERIE INSURANCE                      FEDLOAN SERVICING
ATTENTION CLIENT SERVICES           100 ERIE INSURANCE PLACE            ATTN BANKRUPTCY
8014 BAYBERRY RD                    ERIE PA 16530-1104                  PO BOX 69184
JACKSONVILLE FL 32256-7412                                              HARRISBURG PA 17106-9184


FIDELITY INFORMATION CORPORATION    FINGERHUT                           FINGERHUT
PO BOX 3963                         ATTN BANKRUPTCY                     ATTN BANKRUPTCY
GLENDALE CA 91221-0963              6250 RIDGEWOOD RD                   PO BOX 1250
                                    SAINT CLOUD MN 56303-0820           SAINT CLOUD MN 56395-1250


FIRST PREMIER BANK                  FRADKIN AND WEBER                   FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY                     SUITE 301SHELL BUILDING             10500 KINCAID DRIVE
PO BOX 5524                         200 E JOPPA ROAD                    FISHERS IN 46037-9764
SIOUX FALLS SD 57117-5524           TOWSON MD 21286-3167


FREEDOM MORTGAGE CORPORATION        GE CAPITAL  CARE CREDIT             GREATER BALTIMORE MEDICAL CENTER
ATTN BANKRUPTCY                     170 ELECTION ROAD SUITE 125         100 W ROAD 500
PO BOX 50428                        DRAPER UT 84020-6425                TOWSON MD 21204-2356
INDIANAPOLIS IN 46250-0401
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GEICO<br>PO BOX 9500<br>FREDERICKSBURG VA 22403-9500 | GENESIS BANKCARD SERVICES<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | GORDONS JEWELRS<br>CO COMENITY CAPITAL BANK<br>875 GHENT ROAD<br>AKRON OH 44333 |
| HSN<br>PO BOX 9090<br>CLEARWATER FL 33758-9090 | IDEALGELT<br>790 E SAM HOUSTON PARKWAY N 202<br>HOUSTON TX 77024 | INDIGO POINTEBISCAYNE<br>CO STATEWIDE MANAGEMENT<br>217 COUNTRY RIDGE DRIVE<br>RED LION PA 17356-8866 |
| INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD NO 144<br>WILLIAMSVILLE NY 14221-4117 | INTERNAL REVENUE SERVICE<br>ANDOVER MA 018109041 | IVY GREENS CONDO ASSOCIATION<br>CO PROPERTY MANAGEMENT ASSOC<br>PO BOX 29151<br>PHOENIX AZ 85038-9151 |
| IVY GREENS CONDOMINIUM ASSOCIATION<br>CO PROPERTY MANAGEMENT UNLIMITED<br>1013 NORTH GEORGE STREET<br>YORK PA 17404-2025 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 1999<br>SAINT CLOUD MN 56302 |
| L J ROSS ASSOCIATES IN<br>4 UNIVERSAL WAY<br>JACKSON MI 49202-1455 | LG ROSS ASSOCAITES<br>4 UNIVERSAL WAY<br>JACKSON MI 49202-1455 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES LLC AND FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | LAW OFFICES OF ED OVERCASH LLC<br>37 VILLA ROAD<br>GREENVILLE SC 29615-3038 | LEND UP<br>237 KEARNY STREET 197<br>SAN FRANCISCO CA 94108-4502 |
| LENDUP CARD SERVICES I<br>ATTN BANKRUPTCY LENDUP<br>237 KEARNY ST 197<br>SAN FRANCISCO CA 94108-4502 | LIBERTY MUTUAL<br>175 BERKELEY STREET<br>BOSTON MA 02116-3350 | LIFEBRIDGE HEATH FITNESS<br>1836 GREEN TREE ROAD 1<br>PIKESVILLE MD 21208-1381 |
| MT BANK LEGAL DEPARTMENT<br>PO BOX 844<br>BUFFALO NY 14240-0844 | MDG<br>3422 OLD CAPITAL TRAIL<br>PMB 1993<br>WILMINGTON DE 19808-6124 | MET ED<br>101 CRAWFORDS CORNER RD<br>BLDG1 STE 1-511<br>HOLMDEL NJ 07733-1976 |
| MRS BPO<br>ATTN BANKRUPTCY<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003-2016 | AARON S MARINES<br>RUSSELL KRAFFT GRUBER LLP<br>930 RED ROSE COURT SUITE 300<br>LANCASTER PA 17601-1981 | ANTHONY O MASON<br>2484 SCHULTZ WAY<br>YORK PA 17402-4904 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MCDONOGH SCHOOL<br>PO BOX 380<br>OWINGS MILLS MD 21117-0380 | MET ED FIRST ENERGY<br>101 CRAWFORD CORNER RD<br>BLDG 1 SUITE 1-511<br>HOLMDEL NJ 07733-1900 | MIDNIGHT VELVET<br>SWISS COLONYMIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE WI 53566-1364 |
| MILESTONE<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | MOBILOANS LLC<br>PO BOX 1409<br>MARKSVILLE LA 71351-1409 | MONTGOMERY WARD<br>11127 7TH AVENUE<br>MONROE WI 53566 |
| MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | NJ EZ PASS<br>PO BOX 4971<br>TRENTON NJ 08650-4971 | NY CITY DEPARTMENT OF FINACE<br>PO BOX 3600<br>NEW YORK NY 10008-3600 |
| NYCO<br>CO COMENITY CAPITAL BANK<br>PO BOX 659728<br>SAN ANTONIO TX 78265-9728 | NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | NATIONWIDE CREDIT INC<br>PO BOX 14581<br>DES MOINES IA 50306-3581 |
| NAVIENT SOLUTIONS LLC ON BEHALF OF<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 | NET PDL PAY DAY LOAN<br>PO BOX 704<br>WATERSMEET MI 49969-0704 | OASIS TRADE GROUP<br>1909 N 1ST ST STE 2<br>LINCOLN NE 68508-4012 |
| OFFICE OF BUDGET AND FINANCE<br>400 WASHINGTON STREET 100<br>TOWSON MD 21204-4610 | ONLINE COLLECTIONS<br>ATTN BANKRUPTCY<br>PO BOX 1489<br>WINTERVILLE NC 28590-1489 | ORION PORTFOLIO SERVICES II LLC<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| OVERSTOCK<br>CO COMENITY CAPITAL BANK<br>PO BOX 183003<br>COLUMBUS OH 43218-3003 | PNC BANK<br>300 FIFTH AVENUE<br>THE TOWER AT PNC PLAZA<br>PITTSBURGH PA 15222-2401 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PSECU<br>ATTN BANKRUPTCY<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 | PATIENT FIRST<br>ATTN PATIENT ACCOUNTS<br>5000 COX ROAD<br>GLEN ALLEN VA 23060-9271 | PAYPAL CREDIT<br>PO BOX 5018<br>LUTHERVILLE TIMONIUM MD 21094-5018 |
| PENN WASTE<br>85 BRICK YARD ROAD<br>MANCHESTER PA 17345-9204 | PENN WASTE INC<br>PO BOX 3066<br>YORK PA 17402-0066 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PHYSICIANS BILLING  WELLSPAN<br>1803 MOUNT ROSE AVENUE SUITE B3<br>YORK PA 17403-3051 | PINNACLE HEALTH HOSPITAL<br>11 SOUTH FRONT STREET<br>HARRISBURG PA 17101 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| POTTERY BARN<br>CO COMENITY CAPITAL BANK<br>PO BOX 182273<br>COLUMBUS OH 43218-2273 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRESTA ACCOUNT SERVICES<br>4150 INTERNATIONAL PLAZA 400<br>FORT WORTH TX 76109-4819 |
| QVC<br>PO BOX 1900<br>WEST CHESTER PA 19380-0146 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RUI CREDIT SERVICES<br>1305 WALT WHITMAN ROAD<br>MELVILLE NY 11747-4849 |
| RECEIVABLE MANAGEMENT<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | RECEIVABLE MANAGEMENT INC<br>7206 HULL RD<br>STE 211<br>RICHMOND VA 23235 | RECEIVABLES MANAGEMENTS SYS<br>7206 HULL STREET RD  211<br>HUNT VALLEY MD 21031 |
| RECIEVABLES MNGT<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | RECMGMT SRVC<br>ATTN BANKRUPTCY<br>4200 CANTERA DRIVE SUITE 211<br>WARRENVILLE IL 60555-3040 | RESURGENT<br>55 BEATTIE PL 110<br>GREENVILLE SC 29601-5115 |
| SYNCHRONY BANK<br>CO WEINSTEIN  RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 | SENTRY CREDIT<br>2809 GRAND AVE<br>EVERETT WA 98201-3417 | SLM FINANCIAL CORP<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 |
| SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | SPRINT WIRELESS<br>KSOPHT1010Z4300<br>6391 SPRINT PARKWAY<br>OVERLAND PARK KS 66251-4300 | STAR CASH PROCESSING<br>3120 ST PAUL STREET TERRACE SUITE<br>BALTIMORE MD 21218-3856 |
| STAR CASH PROCESSING<br>PO BOX 111<br>MIAMI OK 74355-0111 | STAR PROPERTY MANAGEMENT<br>3120 ST PAULL STRET<br>TERRACE SUITE<br>BALTIMORE MD 21218 | STERLING JEWELERS  KAY<br>375 GHENT ROAD<br>AKRON OH 44333-4601 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

STERLING JEWELERS INC
ATTN BANKRUPTCY
PO BOX 1799
AKRON OH 44309-1799

SUNTRUST BANK
GAATLANTA 0795
PO BOX 4418
ATLANTA GA 30302-4418

SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

THE NEAT COMPANY
2 PENN CENTER
1500 JFK BLVD 700
PHILADELPHIA PA 19102-1732

THORNHILL PROPERTIES
6301 N CHARLES STREET 2
BALTIMORE MD 21212-1040

TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

TIDEWATER MOTOR CREDITR
6520 INDIAN RIVER ROAD
VIRGINIA BEACH VA 23464-3439

TRANSWORLD SYS INC09
PO BOX 15630
WILMINGTON DE 19850-5630

TRIDENT ASSET MANAGEMENT
ATTN BANKRUPTCY
PO BOX 888424
ATLANTA GA 30356-0424

U STORIT
2786 S QUEEN STREET
DALLASTOWN PA 17313-9541

USFASTCASH DBA TFS CORP
PO BOX 111
MIAMI OK 74355-0111

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

USA DISCOUNTERS CREDIT
6340 CENTER DR STE 7
NORFOLK VA 23502-0008

VALUE CITY
SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

VARIUS HOLDINGS LLC
PO BOX 1931
BURLINGAME CA 94011-1931

VERIZON
500 TECHNOLOGY DR
WELDON SPRING MO 63304-2225

VERIZON
VERIZON WIRELESS BK ADMIN
500 TECHNOLOGY DR STE 550
WELDON SPRINGS MO 63304-2225

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

VERIZON WIRELESS
PO BOX 5029
WALLINGFORD CT 06492-7529

VIVINT SECURITY
4931 N 300 W
PROVO UT 84604-5816

WALMARTSYNCHRONY BANK
PO BOX 530927
ATLANTA GA 30353-0927

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

WEISFIELD JEWELERSSTERLING JEWELERS INC
ATTN BANKRUPTCY
PO BOX 1799
AKRON OH 44309-1799

WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

WELLS FARGO BANK NA
435 FORD ROAD 3RD FL SUITE 300
SAINT LOUIS PARK MN 55426-4938

WELLSPAN HEALTH
1001 S GEORGE ST
YORK PA 17403-3676

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WFS FINANCIALWACHOVIA DEALER SRVS<br>PO BOX 3569<br>RANCHO CUCAMONGA CA 91729-3569 | WHITE HILLS CASH<br>PO BOX 330<br>HAYS MT 59527-0330 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |
| YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK TOWNSHIP SEWER<br>190 OAK ROAD<br>DALLASTOWN PA 17313-9300 | YORK WATER COMPANY<br>130 E MARKET STREET<br>YORK PA 17401-1219 |
| ZALESGENESIS FS<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | | |