```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04676-HWV
Constance N. Craig-Mason                                        Chapter 13
Anthony O Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis              Page 1 of 1            Date Rcvd: Jun 24, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
              +MARYLAND TRANSIT ADMINISTRATION,   ATTN: CENTRAL PAYROLL BUREAU AGENCY,
                CODE 290201 CENTRAL PAYROLL BUREAU,   PO BOX  2396,   ANNAPOLIS, MD 21404-2396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
          Aaron S Marines    on behalf of Creditor   Ivy Greens Condominium Association asm@rkglaw.com,
           hlw@rkglaw.com
          Brent  Diefenderfer    on behalf of Creditor   Car One Financial, LLC bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Constance N. Craig-Mason                 CHAPTER 13
    Anthony O Mason
              Debtor(s)                        CASE NO. 1:18-bk-04676-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        **Employer: Maryland Transit Administration**
        **ATTN:**      **Central Payroll Bureau Agency,**
                      **Code 290201 Central Payroll Bureau**
                      **108 Carroll St.**
                      **PO Box 2396**
                      **Annapolis, MD 21401-2396**
                      **(Debtor's Payroll Number: # 50338)**

**Shall deduct from Anthony O. Mason's income the sum of $1,334.15 each monthly pay**, beginning on the first pay upon receipt of order, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                Charles J. DeHart, III, Esquire
                Standing Chapter 13 Trustee
                PO Box 7005
                Lancaster, PA 17604

    **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: June 24, 2019                         By the Court,

                                                          */s/ Henry W. Van Eck*
                                                  Henry W. Van Eck, Bankruptcy Judge (JH)