IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER NO. 13
CONSTANCE N. CRAIG-MASON and :
ANTHONY O. MASON, : CASE NO. 1:18-bk-04676-HWV
      Debtors :

## WITHDRAWAL OF OBJECTION TO DEBTORS' PROPOSED FIRST AMENDED CHAPTER 13 PLAN

    AND NOW, Ivy Greens Condominium Association, a secured creditor in the above-captioned matter, by and through Aaron S. Marines, Esquire and Russell, Krafft & Gruber, LLP, attorneys for the creditor, withdraws its Objection to Debtors' Proposed First Amended Chapter 13 Plan which was filed on March 18, 2019. A Second Amended Chapter 13 Plan has been filed thereby resolving creditor's objection.

Respectfully submitted,

RUSSELL, KRAFFT & GRUBER, LLP

Date: July 3, 2019

By: _____
Aaron S. Marines
Attorney I.D. #85728
Hempfield Center, Suite 300
930 Red Rose Court
Lancaster, PA 17601
(717) 293-9293

01223489-1

Case 1:18-bk-04676-HWV    Doc 57    Filed 07/03/19    Entered 07/03/19 13:56:25    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I served a copy of this Withdrawal of Objection to Debtors' Proposed First Amended Chapter 13 Plan on the following parties by first class mail, unless served electronically:

| | |
|---|---|
| Dawn Marie Cutaia, Esquire<br>115 East Philadelphia Street<br>York, PA 17401 | Served electronically |
| Constance N. Craig-Mason and<br>Anthony O. Mason<br>2484 Schultz Way<br>York, PA 17402 | Served by first class mail |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| Charles J. DeHart, III, Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Served electronically |

Date: July 3, 2019

RUSSELL, KRAFFT & GRUBER, LLP

By: /s/ Aaron S. Marines
Aaron S. Marines
Attorney I.D. #85728
Hempfield Center, Suite 300
930 Red Rose Court
Lancaster, PA 17601
(717) 293-9293