```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 18-04676-HWV
Constance N. Craig-Mason                                           Chapter 13
Anthony O Mason
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis            Page 1 of 1            Date Rcvd: Jul 08, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
              +MARYLAND DEPT OF TRANSPORTATION,    MARYLAND TRANSIT ADMINISTRATION,
               6 SAINT PAUL STREET 8TH FLOOR,    BALTIMORE, MD 21202-6806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
              Aaron S Marines    on behalf of Creditor    Ivy Greens Condominium Association asm@rkglaw.com,
               hlw@rkglaw.com
              Brent Diefenderfer    on behalf of Creditor    Car One Financial, LLC bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Constance N. Craig-Mason             CHAPTER 13
    Anthony O Mason
           Debtor(s)                     CASE NO. 1:18-bk-04676-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        **Employer: Maryland Department of Transportation**
                      **Maryland Transit Administration**
        **ATTN:**       **6 SAINT PAUL STREET**
                      **8th Floor**
                      **Baltimore MD 21202**
                      **(Debtor's Payroll Number: # 50338)**

**Shall deduct from Anthony O. Mason's income the sum of $1,334.15 each monthly pay**, beginning on the first pay upon receipt of order, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                Charles J. DeHart, III, Esquire
                Standing Chapter 13 Trustee
                      PO Box 7005
                    Lancaster, PA 17604

    **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: July 8, 2019                       By the Court,

                                                      *Henry W. Van Eck*
                                                      Henry W. Van Eck, Bankruptcy Judge [JH]