# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON | Chapter 13 |
| Debtor(s) | 1:18-bk-05676-HWV |
| CAR ONE FINANCIAL, LLC, SUCCESSOR IN INTEREST TO CLEARFIELD MOTORS, INC. | Answer |
| Movant | |
| v.<br>CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON | |
| Respondent(s) | |
| CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE | |
| Trustee/Respondent | |

## **ANSWER**

**AND NOW**, this 19th day of September 2019, the Debtors, Constance N. Craig-Mason and Anthony O. Mason, by and through counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by Car One Financial, LLC, successor in interest to Clearfield Motors, Inc.:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.

11. Admitted.
12. Admitted.
13. Admitted.
14. Admitted.
15. Admitted.
16. Admitted.
17. Admitted.
18. Denied.
19. Denied.
20. Denied.
21. Denied.
22. Denied.
23. This is a request for relief and therefore no response is required.
24. This is a request for relief and therefore no response is required.
25. This is a request for relief and therefore no response is required.

**WHEREFORE**, the Debtors respectfully request this Honorable Court deny the Motion for Relief.

Respectfully Submitted,

Date: September 19, 2019

By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841