IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON<br><br>        Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION<br><br>        Movant<br><br>        v.<br>CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON<br><br>        Respondent(s)<br><br>CHARLES J. DEHART, III, CHAPTER 13<br>TRUSTEE<br>        Trustee/Respondent | Chapter 13<br><br>1:18-bk-04676-HWV<br><br>Answer |

## **ANSWER**

  **AND NOW**, this 15th day of October 2019, the Debtors, Constance N. Craig-Mason and Anthony O. Mason, by and through counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by FREEDOM MORTGAGE CORPORATION:

  1.  Admitted.
  2.  Admitted.
  3.  Admitted.
  4.  Denied.
  5.  Admitted.
  6.  Admitted.
  7.  Denied.
  8.  Denied.
  9.  Denied.
  10.  Denied.

**WHEREFORE**, the Debtors respectfully request this Honorable Court deny the Motion for Relief.

Respectfully Submitted,

Date: October 15, 2019

By: **/s/ Dawn M. Cutaia**

Supreme Court ID 77965

Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841