IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON<br><br>Debtor(s) | Chapter 13<br><br>1:18-bk-04676-HWV |

## MOTION TO MAINTAIN JURISDICTION FOR 30 DAYS

**AND NOW**, this 6th day of December, 2019, Counsel for the Debtors, Dawn Cutaia, files this MOtion to Maintain Jurisdiction for 30 Days and in support thereof states the following:

1. Debtors' Chapter 13 case is due to be dismissed upon a Certificate of Default by the Trustee.
2. Counsel for Debtors request that the Court retain jurisdiction for 30 days such that Counsel for Debtors may file a fee petition.

**WHEREFORE**, Counsel for Debtors request that the Court retain jurisdiction for 30 days such that Counsel for Debtors may file a fee petition

Respectfully Submitted,

Date: 12/6/ 2019

By: /s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401