# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Constance N. Craig-Mason | |
| Anthony O Mason | Case NO. 1:18-bk-04676-HWV |
| Debtor(s)/Movant(s) | |

## MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 7

**AND NOW**, this 8th day of December 2019, the Debtors, by and through their attorney, Dawn M. Cutaia, file this Motion to Convert their Case from a Chapter 13 to a Chapter 7 and in support thereof state the following:

1. Debtors filed a Chapter 13 bankruptcy on November 3, 2018.
2. Debtors wish to have their case converted to a Chapter 7.
3. Debtors' case has not previously been converted.

**WHEREFORE**, the Debtors respectfully request this Honorable Court convert their case to a Chapter 7.

> Respectfully Submitted:
> PUGH & CUTAIA, PLLC
>
> /s/ Dawn M. Cutaia, Esquire
> Supreme Court ID 77965
> 115 E. Philadelphia Street
> York PA 17401
> 717-304-1841
> dmcutaia@gmail.com

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Chapter 13

Constance N. Craig-Mason
Anthony O Mason  Case NO. 1:18-bk-04676-HWV

Debtor(s)/Movant(s)

## ORDER CONVERTING CASE

Upon consideration of Debtors' Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.