IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON<br><br>Debtor(s)<br><br>CAR ONE FINANCIAL, LLC, SUCCESSOR IN INTEREST TO CLEARFIELD MOTORS, INC.<br><br>Movant<br><br>v.<br><br>CONSTANCE N. CRAIG-MASON<br>ANTHONY O. MASON<br><br>Respondent(s)<br><br>CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE<br><br>Trustee/Respondent | Chapter 13<br><br><br>1:18-bk-04676-HWV<br><br><br><br>Praecipe to Withdraw Answer |

**<u>Praecipe to Withdraw Answer</u>**

To the Clerk:

Kindly withdraw the Answer filed in the above-referenced case.

Date: 1/2/2020

Respectfully Submitted,
By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841