Certificate Number: 14912-PAM-DE-034272051

Bankruptcy Case Number: 18-04676


14912-PAM-DE-034272051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2020</u>, at <u>3:53</u> o'clock <u>PM EDT</u>, <u>Anthony Mason</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 24, 2020</u>      By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>