```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04676-HWV
Constance N. Craig-Mason                                        Chapter 7
Anthony O Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 23, 2020
                              Form ID: ntfnmg          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
db/jdb         +Constance N. Craig-Mason,   Anthony O Mason,   2484 Schultz Way,   York, PA 17402-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
          Aaron S Marines    on behalf of Creditor    Ivy Greens Condominium Association asm@rkglaw.com,
           hlw@rkglaw.com;dpp@rkglaw.com
          Brent  Diefenderfer    on behalf of Creditor    Car One Financial, LLC bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com;r48835@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
          Thomas  Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Constance N. Craig−Mason,<br>aka Constance N. Craig, | Chapter 7 |
| **Debtor 1** | Case No. 1:18−bk−04676−HWV |
| Anthony O Mason, | |
| **Debtor 2** | |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **April 5, 2020**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2020 |

ntfnmg(04/18)