```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 18-04676-HWV
Constance N. Craig-Mason                                                Chapter 7
Anthony O Mason
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 6                  Date Rcvd: Apr 03, 2020
                               Form ID: ntcovid             Total Noticed: 189


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db/jdb         +Constance N. Craig-Mason,    Anthony O Mason,    2484 Schultz Way,    York, PA 17402-4904
aty            +Robert Joseph Davidow,    Phelan, Hallinan, Diamond & Jones, PC,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
5127334        +ABC Financial,    PO Box 6800,    North Little Rock, AR 72124-6800
5127336         ACN,   1000 Progress Place,    Concord, NC 28025-2449
5127333        +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5127335        +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
5127337        +Albert Boll & Sons,    53 Main Street A,    York, PA 17406-8269
5127339        +Alec Isaacson ,DDS,    200 Towsonton Ct 112,    Towson, MD 21204-7007
5127340       #+Allied Interstate LLC,    7525 W. Campus Road,    New Albany, OH 43054-1121
5127342        +Amplified Funding,    PO Box 542,    Lac Du Flambeau, WI 54538-0542
5127344        +Associated Credit Services,    Attn: Data Processing Dept,
                 115 Flanders Road, Suite 140; Po Box 517,    Westborough, MA 01581-0517
5127346        +Atlantic Crd,    Po Box 13386,    Roanoke, VA 24033-3386
5170936        +Baltimore County Maryland,    Ethan B hunt Assistant County Atty,    400 Washington Ave Suite 219,
                 Towson, MD 21204-4606
5127347        +Baltimore County Maryland,    PO Box 2095,    Baltimore, MD 21203-2095
5127352        +Buddy's Home Furnishings,    1236 greensprings drive,    York, PA 17402-8825
5127351        +Buddy's Home Furnishings,    6608 Adamo Drive,    Tampa, FL 33619-3416
5127353        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5127354        +Bureau of Revenue Collection,    Abel Wolman Mncpl Bldg room 2,    200 Holiday Street,
                 Baltimore, MD 21202-3635
5137616       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,     PO Box 117,    Columbus, OH 43216)
5142325        +Car One Financial, LLC,    4048 Carlisle Road,    Dover, PA 17315-3508
5127359        +City of Baltimore,    200 Holiday Street,    Baltimore, MD 21202-3618
5127360        +City of Baltimore Bureau of Revenue,    Box 17535,    Baltimore, MD 21297-1535
5127361        +Clrfld Motor,    4048 Carlisle Road,    Dover, PA 17315-3508
5127362        +Columbia Gas,    121 Champion Way,    Suite 100,    Canonsburg, PA 15317-5817
5127370         Comtroller of MD,    Revenue Administration Division,    110 Carroll Street,
                 Annapolis, MD 21411-0001
5127372        +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
5127373        +Corporate Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
5127374        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
5127375         Credit Acceptance Corporation,    P.O. Box 551888,    Detroit, MI 48255-1888
5127379         Crunch Fitness,    c/o ABC Financial,    8320 Arkansas 107,    Sherwood, AR 72120
5127380         Delaware Department of Transportati,    PO Box 697,    Dover, DE 19903-0697
5127332         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5127391       ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
                 (address filed with court: Fidelity Info Corp,     Po Box 100,    Pacific Palisades, CA 90272)
5127390        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5127394        +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5127395         Fradkin and Weber,    Suite 301-Shell Building,    200 E. Joppa Road,    Towson, MD 21286-3167
5149135         Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
5127396        +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
5127401        +GREATER BALTIMORE MEDICAL CENTER,    100 W. Road #500,    Towson, MD 21204-2356
5127398        +Geico,   PO Box 9500,    Fredericksburg, VA 22403-9500
5127400         Gordon's Jewelrs,    c/o Comenity Capital Bank,    875 Ghent Road,    Akron, OH 44333
5127403         IdealGelt,    790 E. Sam Houston Parkway N. 202,    Houston, TX 77024
5127404        +Indigo Pointe/Biscayne,    c/o Statewide Management,    217 Country Ridge Drive,
                 Red Lion, PA 17356-8866
5138860        +Intercoastal Financial LLC,    7954 Transit Rd No 144,    Williamsville, NY 14221-4117
5127330         Internal Revenue Service,    Andover, MA 01810-9041
5127405        +Ivy Greens Condo Association,    c/o Property Management Assoc.,    PO Box 29151,
                 Phoenix, AZ 85038-9151
5147973        +Ivy Greens Condominium Association,    c/o Property Management Unlimited,
                 1013 North George Street,    York, PA 17404-2025
5146753       ++LCI,   PO BOX 1931,    BURLINGAME CA 94011-1931
                 (address filed with court: Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011)
5145691       ++LCI,   PO BOX 1931,    BURLINGAME CA 94011-1931
                 (address filed with court: COMCAST,    PO BOX 1931,    Burlingame, CA 94011)
5127411        +LG Ross Assocaites,    4 Universal Way,    Jackson, MI 49202-1455
5127412        +Liberty Mutual,    175 Berkeley Street,    Boston, MA 02116-3350
5127413        +Lifebridge Heath & Fitness,    1836 Green Tree Road #1,    Pikesville, MD 21208-1381
5127415        +M&T Bank Legal Department,    PO Box 844,    Buffalo, NY 14240-0844
5127417        +MDG,   3422 Old Capital Trail,    PMB 1993,    Wilmington, DE 19808-6124
5127418       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                 (address filed with court: Met-Ed,    Po Box 16001,    Reading, PA 19612)
5143078        +MET-ED,    101 Crawfords Corner Rd,    Bldg#1 Ste 1-511,    HOLMDEL, NJ 07733-1976
5127423        +MRS BPO,   Attn: Bankruptcy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5127416        +McDonogh School,    P.O. Box 380,    Owings Mills, MD 21117-0380
```

```
5127421        +Mobiloans LLC,    PO Box 1409,    Marksville, LA 71351-1409
5127422         Montgomery Ward,    11127 7th Avenue,    Monroe, WI 53566
5127427        +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
5127428         NY City Department of Finace,    PO Box 3600,    New York, NY 10008-3600
5127424         National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
5127426        +Net PDL (pay day loan),    PO Box 704,    Watersmeet, MI 49969-0704
5127431        +Office of Budget and Finance,    400 Washington Street, #100,    Towson, MD 21204-4610
5127439        +PNC Bank,    300 Fifth Avenue,    the Tower at PNC Plaza,    Pittsburgh, PA 15222-2401
5127434        +Patient First,    ATTN: Patient Accounts,    5000 Cox Road,    Glen Allen, VA 23060-9271
5127436        +Penn Waste,    85 Brick Yard Road,    Manchester, PA 17345-9204
5142125        +Penn Waste Inc,    PO Box 3066,    York, PA 17402-0066
5127437        +Physicians Billing / Wellspan,    1803 Mount Rose Avenue, Suite B3,    York, PA 17403-3051
5127438         Pinnacle Health Hospital,    11 South Front Street,    Harrisburg, PA 17101
5127441        +Presta Account Services,    4150 International Plaza #400,    Fort Worth, TX 76109-4819
5127443        +QVC,    PO Box 1900,    West Chester, PA 19380-0146
5127450        +RUI Credit Services,    1305 Walt Whitman Road,    Melville, NY 11747-4849
5127446         Receivables Managements Sys,    7206 Hull Street Rd # 211,    Hunt Valley, MD 21031
5127448        +Recmgmt Srvc,    Attn: Bankruptcy,    4200 Cantera Drive, Suite 211,    Warrenville, IL 60555-3040
5127454        +Star Cash Processing,    3120 St. Paul Street #Terrace Suite,    Baltimore, MD 21218-3856
5127456         Star Property Management,    3120 St. Paull Stret,    Terrace Suite,    Baltimore, MD 21218
5127459        +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
5127460        +Suntrust Bank,    GA-Atlanta 0795,    PO Box 4418,    Atlanta, GA 30302-4418
5127463        +The Neat Company,    2 Penn Center,    1500 JFK Blvd #700,    Philadelphia, PA 19102-1732
5127464        +Thornhill Properties,    6301 N. Charles Street #2,    Baltimore, MD 21212-1040
5127468        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
5127469        +U-StorIt,    2786 S. Queen Street,    Dallastown, PA 17313-9541
5127470       ++USFASTCASH DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
                (address filed with court: US Fast Cash,    3531 P. Streeet NW,    Miami, OK 74354)
5127476        +Vivint Security,    4931 N. 300 W,    Provo, UT 84604-5816
5127479       ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                  Greenville, SC 29606)
5127478        +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                  Akron, OH 44309-1799
5131470        +Wells Fargo Bank, NA,    435 Ford Road, 3rd FL, Suite 300,    Saint Louis Park, MN 55426-4938
5145283        +Wellspan Health,    1001 S George St,    York, PA 17403-3676
5127480        +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
5127481        +White Hills Cash,    PO Box 330,    Hays, MT 59527-0330
5127331        +York Adams Tax Claim Bureau,    PO BOX 15627,    York, PA 17405-0156
5127482        +York Township Sewer,    190 Oak Road,    Dallastown, PA 17313-9300
5127483        +York Water Company,    130 E. Market Street,    York, PA 17401-1219
5127484        +Zales/Genesis FS,    Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:15      Quantum3 Group LLC,
                  MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5127345        +E-mail/Text: g17768@att.com Apr 03 2020 21:32:46      AT&T,    c/o Business Bankruptcy,
                  PO Box 769,    Arlington, TX 76004-0769
5127341        +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:54      American Tire,
                  c/o Synchrony Bank,    PO Box 965030,    Orlando, FL 32896-5030
5127343        +E-mail/Text: bnc-applied@quantum3group.com Apr 03 2020 21:35:06      Applied Card Bank,
                  Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
5127349        +E-mail/Text: webmaster@baycountryfinance.com Apr 03 2020 21:35:37      Bay County Financial,
                  6619 Ritchie Hwy. #13,    Glen Burnie, MD 21061-6401
5127350         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:57      Big Lots,
                  c/o Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
5149677         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:28:12      CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5149790        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:28:13
                  CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    P O Box 10587,
                  Greenville, SC 29603-0587
5127355        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:26:17
                  Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                  Denver, CO 80237-3485
5127356        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 21:27:45      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5127357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 21:24:12      Capital One, N.a.,
                  Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
5127358        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2020 21:36:16      Ccs Collections,
                  725 Canton St,    Norwood, MA 02062-2679
5127363        +E-mail/Text: documentfiling@lciinc.com Apr 03 2020 21:31:47      Comcast Xfinity,    PO Box 3001,
                  Southeastern, PA 19398-3001
5127364        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:57      Comenity Bank/Overstock,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127365        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:58      Comenity Bank/Pottery Barn,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127366        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:58      Comenitybank/New York,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127367        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:58      Comenitycapital/biglot,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5127368      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:58      Comenitycb/gordon,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5127369      +E-mail/Text: tuscolsup@fisglobal.com Apr 03 2020 21:35:48
               Complete Payment Recovery Services,    11601 Roosevelt Blvd #N,
               Saint Petersburg, FL 33716-2202
5127371      +E-mail/Text: bankruptcy@consumerportfolio.com Apr 03 2020 21:34:58      Consumer Portfolio Svc,
               Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5127376      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2020 21:36:16
               Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5127377      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2020 21:36:16
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
5127378      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 21:24:26      Credit One Bank,
               Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5127383       E-mail/Text: G06041@att.com Apr 03 2020 21:35:15      DirecTV,    PO Box 6550,
               Englewood, CO 80155
5127381      +E-mail/PDF: pa_dc_ed@navient.com Apr 03 2020 21:24:29      Dept of Ed / Navient,
               Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5127382      +E-mail/Text: EBNProcessing@afni.com Apr 03 2020 21:34:51      DirecTV,   c/o AFNI, Inc,
               1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
5147216       E-mail/Text: G06041@att.com Apr 03 2020 21:35:15      Directv, LLC,
               by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL 60197-5008
5127384      +E-mail/Text: mrdiscen@discover.com Apr 03 2020 21:32:45      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
5127385      +E-mail/Text: bankruptcynotices@dcicollect.com Apr 03 2020 21:35:43      Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
5127388      +E-mail/Text: convergent@ebn.phinsolutions.com Apr 03 2020 21:35:22
               ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
5127386      +E-mail/Text: bknotice@ercbpo.com Apr 03 2020 21:34:42      Enchanced Recovery Company LLC,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
5127387      +E-mail/Text: bknotice@ercbpo.com Apr 03 2020 21:34:42      Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5127389       E-mail/Text: bankruptcy@erieinsurance.com Apr 03 2020 21:36:15      Erie Insurance,
               100 Erie Insurance Place,    Erie, PA 16530-1104
5127392      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2020 21:35:49      Fingerhut,
               Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5127393      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2020 21:35:49      Fingerhut,
               Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
5127397      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:25:34      GE Capital / Care Credit,
               170 Election Road, Suite 125,    Draper, UT 84020-6425
5127399      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 03 2020 21:36:46      Genesis Bankcard Services,
               Po Box 4477,    Beaverton, OR 97076-4401
5127402      +E-mail/Text: bankruptcy@hsn.net Apr 03 2020 21:35:37      HSN,    PO Box 9090,
               Clearwater, FL 33758-9090
5136341       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 21:35:00      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
5127406       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 21:35:00      Jefferson Capital Systems, LLC,
               Po Box 1999,    Saint Cloud, MN 56302
5127407      +E-mail/Text: support@ljross.com Apr 03 2020 21:33:42      L J Ross Associates In,
               4 Universal Way,    Jackson, MI 49202-1455
5146753       E-mail/Text: documentfiling@lciinc.com Apr 03 2020 21:32:42      Varius Holdings, LLC,
               PO BOX 1931,    Burlingame, CA 94011
5145691       E-mail/Text: documentfiling@lciinc.com Apr 03 2020 21:32:42      COMCAST,    PO BOX 1931,
               Burlingame, CA 94011
5272225       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:26:17      LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587
5272226       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:28:17      LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
               Greenville, SC 29603-0587
5130890       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:26:14
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5127414      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:26:18
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
5127409      +E-mail/Text: BK@lendup.com Apr 03 2020 21:36:07      Lend UP,    237 Kearny Street #197,
               San Francisco, CA 94108-4502
5127410       E-mail/Text: ml-ebn@missionlane.com Apr 03 2020 21:31:57      Lendup Card Services I,
               Attn: Bankruptcy, LendUp,    237 Kearny St #197,    San Francisco, CA 94108
5127419      +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 21:36:47      Midnight Velvet,
               Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
5127420      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 03 2020 21:36:46      Milestone,    PO Box 4477,
               Beaverton, OR 97076-4401
5141909      +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 21:36:47      Montgomery Ward,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5127429      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:57      NY&Co,
               c/o Comenity Capital Bank,    PO Box 659728,    San Antonio, TX 78265-9728
5127425      +E-mail/Text: NCI_bankonotify@ncirm.com Apr 03 2020 21:32:39      Nationwide Credit Inc.,
               PO Box 14581,    Des Moines, IA 50306-3581
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5149799        E-mail/PDF: pa_dc_claims@navient.com Apr 03 2020 21:24:27
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
5127430        E-mail/Text: omg@oasislmg.com Apr 03 2020 21:31:42       Oasis1 Marketing Group,
                 1909 N. 1st Street #2,   Lincoln, NE 68508
5127432       +E-mail/Text: bankruptcy@onlineis.com Apr 03 2020 21:35:40       Online Collections,
                 Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
5144617       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:24:34
                 Orion Portfolio Services II, LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5127433        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:57       Overstock,
                 c/o Comenity Capital Bank,    PO Box 183003,   Columbus, OH 43218-3003
5149227        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:24:26
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5127530       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:27:57
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5127442       +E-mail/Text: bankruptcynotices@psecu.com Apr 03 2020 21:35:53       PSECU,   attn: bankruptcy,
                 PO Box 67013,   Harrisburg, PA 17106-7013
5127435       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:27:24       PayPal Credit,   P.O. Box 5018,
                 Lutherville Timonium, MD 21094-5018
5134856        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 21:34:22
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5127440        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 21:33:57       Pottery Barn,
                 c/o Comenity Capital Bank,    PO Box 182273,   Columbus, OH 43218-2273
5135942       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 21:35:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5236640       +E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:15
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC 98083-0788
5134914        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:14
                 Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
                 Kirkland, WA  98083-0788
5146998        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:15
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA  98083-0788
5146999        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:14
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
5147000        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 21:34:14
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
5127444       +E-mail/Text: colleen.atkinson@rmscollect.com Apr 03 2020 21:36:34       Receivable Management,
                 7206 Hull Street Rd Ste,   North Chesterfield, VA 23235-5826
5127445        E-mail/Text: colleen.atkinson@rmscollect.com Apr 03 2020 21:36:34       Receivable Management Inc,
                 7206 Hull Rd,   Ste 211,   Richmond, VA 23235
5127447       +E-mail/Text: colleen.atkinson@rmscollect.com Apr 03 2020 21:36:34       Recievables Mngt,
                 PO Box 8630,   Richmond, VA 23226-0630
5127449       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 21:26:18       Resurgent,
                 55 Beattie Pl 110,   Greenville, SC 29601-5115
5140113        E-mail/Text: appebnmailbox@sprint.com Apr 03 2020 21:34:28       Sprint Corp,
                 Attention Bankruptcy,   PO Box 7949,   Overland Park, KS 66207-0949
5149678       +E-mail/Text: bncmail@w-legal.com Apr 03 2020 21:34:56       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
5127451       +E-mail/Text: compliance@sentrycredit.com Apr 03 2020 21:36:23       Sentry Credit,
                 2809 Grand Ave,   Everett, WA 98201-3417
5127452       +E-mail/PDF: pa_dc_claims@navient.com Apr 03 2020 21:28:00       Slm Financial Corp,   Po Box 9500,
                 Wilkes-barre, PA 18773-9500
5127453        E-mail/Text: appebnmailbox@sprint.com Apr 03 2020 21:34:28       Sprint Wireless,
                 KSOPHT1010-Z4300,   6391 Sprint Parkway,   Overland Park, KS 66251-4300
5127457       +E-mail/Text: BKRMailOPS@weltman.com Apr 03 2020 21:33:42       Sterling Jewelers / Kay,
                 375 Ghent Road,   Akron, OH 44333-4601
5127461       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:51       Synchrony Bank,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5263581       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:25:33       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
5127462       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:52       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5134315        E-mail/Text: tidewaterlegalebn@twcs.com Apr 03 2020 21:33:03       Tidewater Finance Company,
                 PO Box 13306,   Chesapeake, VA 23325
5127465        E-mail/Text: tidewaterlegalebn@twcs.com Apr 03 2020 21:33:04       Tidewater Motor Credit,
                 6520 Indian River Rd,   Virginia Beach, VA 23464
5127466       +E-mail/Text: tidewaterlegalebn@twcs.com Apr 03 2020 21:33:04       Tidewater Motor Creditr,
                 6520 Indian River Road,   Virginia Beach, VA 23464-3439
5127467       +E-mail/Text: bankruptcydepartment@tsico.com Apr 03 2020 21:36:07       Transworld Sys Inc/09,
                 PO Box 15630,   Wilmington, DE 19850-5630
5127472       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:52       Value City,   Synchrony Bank,
                 PO Box 960061,   Orlando, FL 32896-0061
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5127474        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2020 21:31:34
                 Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
5145242         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 21:39:03       Verizon,
                 by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
5127473        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2020 21:31:34
                 Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
5127475        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2020 21:31:34
                 Verizon Wireless,   PO Box 5029,   Wallingford, CT 06492-7529
5127477         E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:52       Walmart/Synchrony Bank,
                 PO Box 530927,   Atlanta, GA 30353-0927
5130575        +E-mail/Text: kcm@yatb.com Apr 03 2020 21:32:45       YORK ADAMS TAX BUREAU,   PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 95

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Car One Financial, LLC,   4048 Carlisle Road,   Dover, PA 17315-3508
cr*            +Ivy Greens Condominium Association,    c/o Property Management Unlimited,
                 1013 North George Street,   York, PA 17404-2025
cr*            +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5236639*        Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
5127458*       +Sterling Jewelers /Kay,   375 Ghent Road,   Akron, OH 44333-4601
5127338      ##+Albert Boll & Sons,   1036 Greenbriar Rd.,   York, PA 17404-1204
5127348      ##+Bank of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5127408      ##+Law Offices of Ed Overcash LLC,   37 Villa Road,   Greenville, SC 29615-3038
5127455      ##+Star Cash Processing,   PO Box 111,   Miami, OK 74355-0111
5127471      ##+Usa Discounters Credit,   6340 Center Dr Ste 7,   Norfolk, VA 23502-0008
                                                                                   TOTALS: 0, * 6, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
         Aaron S Marines    on behalf of Creditor   Ivy Greens Condominium Association asm@rkglaw.com,
          hlw@rkglaw.com;dpp@rkglaw.com
         Brent Diefenderfer    on behalf of Creditor   Car One Financial, LLC bdiefenderfer@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
          com;r48835@notify.bestcase.com
         Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
          cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
         Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
          cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
         Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
         Thomas Song    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Constance N. Craig–Mason,
aka Constance N. Craig,

**Debtor 1**

Anthony O Mason,

**Debtor 2**

Chapter 7

Case No. 1:18–bk–04676–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 15, 2020 <br> Time: 02:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 3, 2020 |

ntcovid (04/18)

**CALL−IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Effective March 30, 2020)**

On March 16, 2020, the United States Trustee for Regions 3 & 9 issued a notice continuing all in−person chapter 7, 12, and 13 section 341 meetings scheduled through April 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means. The March 16, 2020 notice by the United States Trustee is hereby amended such that the continuance of in−person section 341 meetings is extended beyond April 10, 2020 until further notice.

Given the foregoing, this notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |