```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04676-HWV
Constance N. Craig-Mason                                            Chapter 7
Anthony O Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: May 22, 2020
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db/jdb         +Constance N. Craig-Mason,   Anthony O Mason,   2484 Schultz Way,   York, PA 17402-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          Aaron S Marines    on behalf of Creditor    Ivy Greens Condominium Association asm@rkglaw.com,
           hlw@rkglaw.com;dpp@rkglaw.com
          Brent Diefenderfer     on behalf of Creditor    Car One Financial, LLC bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com;r48835@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Constance N. Craig-Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Anthony O Mason dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
          Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Constance N. Craig−Mason, aka Constance N. Craig, | Chapter 7 |
| **Debtor 1** | Case No. 1:18−bk−04676−HWV |
| Anthony O Mason, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−8017    xxx−xx−8998

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 22, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)